IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Citadel Watford City Disposal Partners, L.P., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 15-11323 (KJC)<br><br>Jointly Administered |

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 23, 2015 AT 1:00 P.M. (ET)**

| |
|---|
| **AT THE DIRECTION OF THE COURT THIS HEARING HAS BEEN CANCELLED AS THERE ARE NO MATTERS GOING FORWARD** |

**RESOLVED MATTER UNDER CERTIFICATION OF COUNSEL:**

1. Application of the Official Committee of Unsecured Creditors for an order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Carlyle Sandridge & Rice, LLP as Counsel Nunc Pro Tunc to July 22, 2015[3] [D.I. 72, Filed July 30, 2015].

    Related Documents:

    A. Declaration of Thomas M. Horan in Support of Application of the Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Carlyle Sandridge & Rice, LLP as Counsel Nunc Pro Tunc to July 22, 2015 [D.I. 73, Filed July 30, 2015].

    B. Supplemental Declaration of Thomas M. Horan in Support of Application of the Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Carlyle Sandridge & Rice, LLP as Counsel Nunc

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is, PO Box 2127, Watford City, ND 58854.

[2] **Amended items appear in bold.**

[3] On September 22, 2015, this Court entered an Order Dismissing the Chapter 11 Case of Citadel Energy Holdings, LLC and Amending the Joint Administration Order (the "Amended Joint Administration Order") in related case number 15-11322, which was the lead case.

Pro Tunc to July 22, 2015 [D.I. 137, Filed September 4, 2015].

C. Re-Notice of Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Carlyle Sandridge & Rice, LLP as Counsel Nunc Pro Tunc to July 22, 2015 [D.I. 138, Filed September 4, 2015].

D. Second Supplemental Declaration of Thomas M. Horan in Support of Application of the Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Carlyle Sandridge & Rice, LLP as Counsel Nunc Pro Tunc to July 22, 2015 [D.I. 158, Filed September 21, 2015].

E. **Certification of Counsel Regarding the Application of the Official Committee of Unsecured Creditors for Order Pursuant to 11 U.S.C. Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Carlyle Sandridge & Rice, LLP as Counsel Nunc Pro Tunc to July 22, 2015 - related to Case No. 15-11322 Docket Nos. 72, 73, 103, 137, and 158 [D.I. 14 – Case No. 15-11323, Filed September 23, 2015].**

F. **Order Approving the Application of the Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Carlyle Sandridge & Rice, LLP as Counsel Nunc Pro Tunc to July 22, 2015 [[D.I. 15 – Case No. 15-11323, Filed September 23, 2015].**

Objection Deadline: September 16, 2015 at 4:00 p.m. ET extended to September 17, 2015 at 4:00 p.m. for U.S. Trustee.

Objections/Responses Received: None.

A. Objection of the United States Trustee to the Application of the Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Carlyle Sandridge & Rice, LLP as Counsel Nunc Pro Tunc to July 22, 2015 [D.I. 103, Filed August 20, 2015].

Status: **This order has been signed. The hearing on September 23, 2015 at 1:00 p.m. is no longer needed.**

**ADVERSARY PROCEEDINGS:**

2. Pre-trial conference - H20 Partners, LP v. Citadel Energy Services, LLC et al., (15-51031 KJC)

   <u>Related Documents</u>: N/A

   <u>Objection Deadline</u>: N/A

   <u>Objections/Responses Received</u>: N/A

   <u>Status</u>: This matter is continued to October 16, 2015 at 10:00 a.m.

Dated: September 23, 2015     GELLERT SCALI BUSENKELL & BROWN, LLC
Wilmington, Delaware

*/s/ Michael Busenkell*
Michael Busenkell (No. 3933)
Ronald S. Gellert (No. 4259)
Emily K. Devan (No. 6104)
913 N. Market St., 10th Floor
   Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com

*Counsel for the Debtors and Debtors-in-Possession*