IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Citadel Watford City Disposal Partners, L.P., *et al*., [1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 15-11323 (KJC)<br><br>Jointly Administered |

## STATUS REPORT

Citadel Watford City Disposal Partners, L.P., and its affiliated debtors and debtors-in-possession (the "Debtors") hereby submit the following status report in response to the Court's September 15, 2015 oral request for a status report:

1. On June 19, 2015 (the "Petition Date"), each of the Debtors filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned chapter 11 cases. The Debtors continue to operate their businesses and manage their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. A creditors' committee has been appointed. No trustee or examiner has been appointed, although the United States Trustee has filed a motion to appoint either a trustee or examiner. A motion to jointly administer these cases has been granted.

### I. Operations

3. On August 12, 2015, the Debtors retained Gavin/Solmonese ("G/S") as Chief Restructuring Officer. Since G/S started as CRO in September, cash flows have improved in part due to operational improvements. Volumes of waste water received at the Debtors' plant are

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266);  Citadel Watford City Disposal Partners, LP (1520).  The mailing address for each Debtor is, PO Box 2127, Watford City, ND 58854.

approximately 2,500 barrels of production water, which represents the highest levels since petition date. Further, the mix of received water continues to migrate towards higher-margin service revenues. In combination with cost controls, the Debtors' liquidity has been significantly enhanced. The Debtors' most recent 13 week cash flow projections are attached hereto as Exhibit A.

4. The Debtors, with the assistance of G/S, have also spent considerable time assuming control of their post-petition accounts. They have updated their records to better control both receivables and payables and are managing cash in adherence to a budget which is updated weekly.

**II.     Financing and Sale Process**

5. In connection with the Debtors' efforts to raise capital, a solids permit provides strong prospects of value for all constituents of these cases but is contingent on certain approvals which have not yet been received. Given the improved liquidity of the Debtors, their professionals have tried to resolve contingencies associated with the solids opportunity while simultaneously trying to raise post-petition financing to fund these cases. The Debtors advisors feel that $1.0 million is required to fund these cases.

6. The Debtors advisors have contacted traditional DIP sources, but due to limited history of operations, fraudulent activity by the Debtors' former general partner, a lack of reliable financials, and a small funding need, there is a limited audience to fund a $1.0 million DIP financing. Efforts were also made to raise financing with certain parties of interest. While

significant interest has been made by these parties, to date no acceptable written bids have been received.

7.  To maximize the return to the Debtors' stakeholders, the Debtors, in consultation with their professionals and the Committee, are also exploring the potential sale of all or substantially all of the Debtors' assets. G/S began contacting a list of approximately 125 parties on October 8, 2015 related to this process; however, some of these parties have been contacted in the past. The Debtors, with G/S's assistance have also established a data room to assist potential purchasers with due diligence. To date, fifteen confidentiality agreements have been sent to prospective parties. Three have been executed to date with the Debtors' advisors. One interested party has engaged in on-site due diligence. Another potential purchaser has submitted a bid, complete with an offer.

### III. Forensic Accounting

8.  In support of the forensic accounting exercise, G/S has compiled a data set of financial transactions obtained from two sources: (1) a download of the accounting records, as recorded in the accounting software package "QuickBooks," and (2) transactions reported on the bank statements in the Debtors' possession. G/S downloaded the QuickBooks records of Citadel Energy Services (CES), Pembroke Fields dba Citadel Energy Services (PF), and Citadel Watford City Disposal Partners (CWCDP). The Debtors' professionals have obtained financial transaction information from the bank statement records of Bakken Water Depot, Citadel H20, Fort Berthold Water Partners, Great Dakota Energy, and H20 Partners. To the extent that financial data contained in the bank statements was not recorded in the QuickBooks records of

CES, PF, and CWCDP, cash transactions obtained from the bank statements of those entities were included in the data set as well.

9. The Debtors and their professionals have obtained most of the bank statements for 2014 and 2015 and are awaiting delivery of a complete set of statements for the missing periods from JP Morgan Chase, the primary financial institution involved during the pre-2014 timeframe. The Debtors and their professionals have confirmed that, to the extent cash transactions were recorded in QuickBooks, they are consistent with activity shown in the bank statements.

10. G/S has analyzed the data set constructed and have identified cash inflows from investors, movements of cash between the entities, and significant outflows of cash to vendors, consultants, employees, and to management (in particular, to Stanton Dodson). Once the Debtors' professionals obtain the missing bank records, they will be able to perform a more complete assessment of the sources of cash to the different entities, as well as the ways that cash was used by each entity.

| | |
|---|---|
| Dated: October 9, 2015<br>Wilmington, Delaware | GELLERT SCALI BUSENKELL & BROWN, LLC<br><br>*/s/ Shannon Dougherty Humiston*<br>Michael Busenkell (No. 3933)<br>Ronald S. Gellert (No. 4259)<br>Shannon Dougherty Humiston (No. 5740)<br>913 N. Market St., 10th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-5800<br>Facsimile:   (302) 425-5814<br>Email: mbusenkell@gsbblaw.com<br>           rgellert@gsbblaw.com<br>           shumiston@gsbblaw.com<br><br>*Counsel for the Debtors and<br>   Debtors-in-Possession* |

5