# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| Citadel Watford City Disposal Partners, L.P., *et al.*,[1] | Case No.: 15-11323 (KJC) |
|  | Jointly Administered |
| Debtors. |  |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 16, 2015 AT 10:00 A.M. (ET)

## MATTERS GOING FORWARD:

1.  Debtors' Motion for Approval of a Compromise and Settlement with Ford Motor Credit Motor Credit Company, LLC Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure [D.I. 25, Filed October 2, 2015].

    Related Documents:

    A.  Motion to Shorten Regarding the Debtors' Motion for Approval of a Compromise and Settlement with Ford Motor Credit Motor Credit Company, LLC Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure [D.I. 26, Filed October 2, 2015].

    B.  Order Granting Motion to Shorten Regarding the Debtors' Motion for Approval of a Compromise and Settlement with Ford Motor Credit Motor Credit Company, LLC Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure [D.I. 27, Filed October 5, 2015].

    C.  Notice of Hearing Regarding Debtors Motion for Approval of a Compromise and Settlement with Ford Motor Credit Company LLC Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedures [D.I. 30, Filed October 5, 2015].

    Objection Deadline: October 15, 2015 at 12:00 p.m.

    Objections/Responses Received: None to date.

---

[1]   The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520).  The mailing address for each Debtor is, PO Box 2127, Watford City, ND 58854.
**[2] Amended Items appear in bold.**

Status: This matter is going forward.

2.     Motion of Nathan Dahl for Relief from Automatic Stay to Continue Eviction
       Proceeding Related to Saltwater Injection and Surface Use Lease Dated September
       12, 2013 [Case No. 15-11322[3], D.I. 150, Filed September 14, 2015].

       Related Documents:

       A.     Notice of Motion of  Motion of Nathan Dahl for Relief from Automatic Stay
              to Continue Eviction Proceeding Related to Saltwater Injection and Surface
              Dated Use Lease Dated September 12, 2013 [Case No. 15-11322, D.I. 150-
              11, Filed September 14, 2015].

       Objection Deadline: October 9, 2015.

       Objections/Responses Received:

       A.     Debtors' Objection to Motion of Nathan Dahl for Relief from Automatic Stay
              to Continue Eviction Proceeding Related to Saltwater Injection and Surface
              Use Lease Dated September 12, 2013 [D.I. 44, Filed October 9, 2015].

       **B.     Reply in Further Support of Motion of Nathan Dahl for Relief From the
              Automatic Stay to Continue Eviction Proceeding Related to Saltwater
              Injection and Surface Use Lease Dated September 12, 2013 [D.I. 54, Filed
              October 15, 2015].**

       Status:  This matter is going forward on a preliminary basis.

**ADJOURNED MATTERS:**

3.     Motion of the United States Trustee for the Appointment of a Trustee, or in the
       Alternative for the Appointment of an Examiner or the Conversion of the Cases to
       Chapter 7 [Case No. 15-11322, D.I. 76, Filed August 5, 2015].

       Related Documents:

       A.     Motion to Shorten Time with Respect to Motion of the United States Trustee
              for the Appointment of a Trustee, or in the Alternative for the Appointment
              of an Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-
              11322, D.I. 77, Filed August 5, 2015].

---

[3]     On September 22, 2015, this Court entered an Order Dismissing the Chapter 11 Case of
Citadel Energy Holdings, LLC and Amending the Joint Administration Order (the "Amended
Joint Administration Order") in related case number 15-11322, which was the lead case.

B.       Debtors Objection  Motion to Shorten Time with Respect to Motion of the
         United States Trustee for the Appointment of a Trustee, or in the Alternative
         for the Appointment of an Examiner or the Conversion of the Cases to Chapter
         7 [Case No. 15-11322, D.I. 78, Filed August 6, 2015].

C.       Order with Revisions Made by the Court Shortening Notice Period as to the Motion
         to Shorten Time with Respect to Motion of the United States Trustee  for the
         Appointment of a Trustee, or in the Alternative for the Appointment of an
         Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-11322, D.I. 79,
         Filed August 6, 2015].

D.       Notice of Hearing on  Motion of the United States Trustee for the Appointment of a
         Trustee, or in the Alternative for the Appointment of an Examiner or the
         Conversion of the Cases to Chapter 7   [Case No. 15-11322, D.I. 80, Filed August
         6, 2015].

E.       Notice of Hearing on Motion of the United States Trustee for the
         Appointment of a Trustee, or in the Alternative for the Appointment of an
         Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-11322.
         D.I. 86, Filed August 7, 2015].

F.       Notice of Rescheduled Hearing on  Motion of the United States Trustee for
         the Appointment of a Trustee, or in the Alternative for the Appointment of
         an Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-
         11322, D.I. 96, Filed August 14, 2015].

G.       Notice of Rescheduled Hearing of the Motion of the United States Trustee
         For The Appointment Of A Trustee, Or In The Alternative For The
         Appointment Of An Examiner Or The Conversion Of The Cases To Chapter
         7 [Case No. 15-11322, D.I. 124, Filed August 28, 2015].

H.       Joint Pre-Trial Memorandum Regarding the Motion of the United States
         Trustee for the Appointment of a Trustee, or in the Alternative for the
         Appointment of an Examiner or the Conversion of the Cases to Chapter 7
         [Case No. 15-11322, D.I. 148, Filed September 11, 2015].

I.       Certification of Counsel Concerning the Joint Pre-Trial Memorandum
         Regarding The Motion Of The United States Trustee For The Appointment
         Of A Trustee, Or In The Alternative For The Appointment Of An Examiner
         Or The Conversion Of The Cases To Chapter 7 [Case No. 15-11322, D.I.
         152, Filed September 14, 2015].

Objection Deadline:  August 28, 2015 at 4:00 p.m. ET extended to September 4,
2015 for Committee.

Objections/Responses Received:

A.   Objection to the United States Trustee's Motion for the Appointment of the Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to a Chapter 7 [Case No. 15-11322, D.I. 121, Filed August 28, 2015].

B.   Objection of the Official Committee of Unsecured Creditors of Citadel Energy Holdings, LLC, et al. to the Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-11322, D.I. 133, Filed September 4, 2015].

C.   Joinder  of Certain Investors and Limited Partners of the Debtors to the Motion of the United States Trustee for Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-11322, D.I. 135, Filed September 4, 2015].

D.   Reply of the U.S. Trustee on his Motion for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-11322, D.I. 145, Filed September 11, 2015].

Status:  This matter has been adjourned until November 24, 2014 at 3:00 p.m. for the status conference.

4.   Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [Case No. 15-11322, D.I.. 112, Filed August 25, 2015].

Related Documents:

A.   Motion to Shorten Regarding Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [Case No. 15-11322, D.I. 113, Filed August 25, 2015].

B.   Order Granting Motion to Shorten Regarding Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [Case No. 15-11322, D.I. 114, Filed August 26, 2015].

C.   Notice of Hearing Regarding Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese, LLC as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [Case No 15-11322, D.I. 118, Filed August 26, 2015].

D.    Certification of Counsel Regarding Order Scheduling Hearing on Application to Retain a Chief Restructuring Officer [Case No.15-11322, D.I. 116, Filed August 26, 2015].

E.    Amended Order Regarding Scheduling Hearing on Application to Retain a Chief Restructuring Officer [Case No. 15-11322, D.I. 117, Filed August 26, 2015].

Objection Deadline:  August 28, 2015 at 4:00 p.m. ET

Objections/Responses Received:

A.    Objection  of Certain Investors and Limited Partners to the Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLP as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [15-11322 D.I. 140, Filed September 8, 2015].

B.    United States Trustee's Objection to the Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as the Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [Case No.15-11322, D.I. 141, Filed September 8, 2015].

C.    Amended Objection of the U.S. Trustee to the Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as the Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [Case No.15-11322, D.I. 142, Filed September 9, 2015].

D.    Reply of the Debtors to Objection of Certain Investors and Limited Partners for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [Case No.15-11322, D.I. 144, Filed September 10, 2015].

E.    Reply of the Debtors to Amended Objection of the U.S. Trustee to the Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as the Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [Case No.15-11322, D.I. 146, Filed September 11, 2015].

Status: This matter has been adjourned until November 24, 2014 at 3:00 p.m. for the status conference.

**ADVERSARY PROCEEDINGS**:

5.    Pre-trial conference - H20 Partners, LP v. Citadel Energy Services, LLC et al

(15-51031 KJC)

Related Documents: N/A

Objection Deadline:  N/A

Objections/Responses Received: N/A

Status: This matter is going forward.



Dated:  October 15, 2015          GELLERT SCALI BUSENKELL & BROWN, LLC
 Wilmington, Delaware

_/s/ Michael Busenkell_
Michael Busenkell (No. 3933)
Ronald S. Gellert (No. 4259)
Shannon Dougherty Humiston  (No. 5740)
913 N. Market St., 10th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile:  (302) 425-5814
Email: mbusenkell@gsbblaw.com

_Counsel for the Debtors and_
_Debtors-in-Possession_