IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Citadel Watford City Disposal Partners, L.P., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 15-11323 (KJC)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 11, 2015 AT 10:00 A.M. (ET)**

**ADJOURNED MATTER:**

1. Motion of Nathan Dahl for Relief from Automatic Stay to Continue Eviction Proceeding Related to Saltwater Injection and Surface Use Lease Dated September 12, 2013 [Case No. 15-11322[2], D.I. 150, Filed September 14, 2015].

    Related Documents:

    A. Notice of Motion of Motion of Nathan Dahl for Relief from Automatic Stay to Continue Eviction Proceeding Related to Saltwater Injection and Surface Dated Use Lease Dated September 12, 2013 [Case No. 15-11322, D.I. 150-11, Filed September 14, 2015].

    B. Order (Interim) Regarding Motion Of Nathan Dahl For Relief From The Automatic Stay to Continue Eviction Proceeding Related to Saltwater Injection and Surface Lease Dated September 12,2013 and Scheduling Evidentiary Hearing [D.I. 87, Filed November 9, 2015].

    C. Notice Of Deposition Of Pembroke Fields, LLC By Nathan Dahl In Connection With The Motion Of Nathan Dahl For Relief From The Automatic Stay To Continue Eviction Proceeding Related To Saltwater Injection And Surface Use Lease Dated September 12, 2013 [D.I. 68, Filed October 21, 2015].

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is, PO Box 2127, Watford City, ND 58854.

[2] On September 22, 2015, this Court entered an Order Dismissing the Chapter 11 Case of Citadel Energy Holdings, LLC and Amending the Joint Administration Order (the "Amended Joint Administration Order") in related case number 15-11322, which was the lead case.

D.  Notice of Continued Rule 30(b)(6) Deposition [D.I. 88, Filed November 9, 2015].

C.  Amended Notice of Deposition Of Pembroke Fields, LLC By Nathan Dahl In Connection With The Motion Of Nathan Dahl For Relief From The Automatic Stay To Continue Eviction Proceeding Related To Saltwater Injection And Surface Use Lease Dated September 12, 2013 [D.I. 93, Filed November 13, 2015].

D.  Notice of Deposition of Nathan Dahl [D.I. 95, Filed November 16, 2015].

E.  Notice of Continued Rule 30(b)(6) Deposition [D.I. 136, Filed December 8, 2015].

Objection Deadline: October 9, 2015.

Objections/Responses Received:

A.  Debtors' Objection to Motion of Nathan Dahl for Relief from Automatic Stay to Continue Eviction Proceeding Related to Saltwater Injection and Surface Use Lease Dated September 12, 2013 [D.I. 44, Filed October 9, 2015].

B.  Reply in Further Support of Motion of Nathan Dahl for Relief From the Automatic Stay to Continue Eviction Proceeding Related to Saltwater Injection and Surface Use Lease Dated September 12, 2013 [D.I. 54, Filed October 15, 2015].

Status: This matter is going forward as an evidentiary hearing on December 22, 2015 at 1:00 p.m.

## MATTERS GOING FORWARD

3.  Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-11322, D.I. 76, Filed August 5, 2015].

Related Documents:

A.  Motion to Shorten Time with Respect to Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-11322, D.I. 77, Filed August 5, 2015].

B.  Debtors Objection Motion to Shorten Time with Respect to Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative

        for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-11322, D.I. 78, Filed August 6, 2015].

C.    Order with Revisions Made by the Court Shortening Notice Period as to the Motion to Shorten Time with Respect to Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-11322, D.I. 79, Filed August 6, 2015].

D.    Notice of Hearing on Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-11322, D.I. 80, Filed August 6, 2015].

E.    Notice of Hearing on Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-11322. D.I. 86, Filed August 7, 2015].

F.    Notice of Rescheduled Hearing on Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-11322, D.I. 96, Filed August 14, 2015].

G.    Notice of Rescheduled Hearing of the Motion of the United States Trustee For The Appointment Of A Trustee, Or In The Alternative For The Appointment Of An Examiner Or The Conversion Of The Cases To Chapter 7 [Case No. 15-11322, D.I. 124, Filed August 28, 2015].

H.    Joint Pre-Trial Memorandum Regarding the Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-11322, D.I. 148, Filed September 11, 2015].

I.    Certification of Counsel Concerning the Joint Pre-Trial Memorandum Regarding The Motion Of The United States Trustee For The Appointment Of A Trustee, Or In The Alternative For The Appointment Of An Examiner Or The Conversion Of The Cases To Chapter 7 [Case No. 15-11322, D.I. 152, Filed September 14, 2015].

<u>Objection Deadline</u>: August 28, 2015 at 4:00 p.m. ET extended to September 4, 2015 for Committee.

<u>Objections/Responses Received</u>:

A.    Objection to the United States Trustee's Motion for the Appointment of the Trustee, or in the Alternative for the Appointment of an Examiner or the

        Conversion of the Cases to a Chapter 7 [Case No. 15-11322, D.I. 121, Filed August 28, 2015].

    B.    Objection of the Official Committee of Unsecured Creditors of Citadel Energy Holdings, LLC, et al. to the Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-11322, D.I. 133, Filed September 4, 2015].

    C.    Joinder of Certain Investors and Limited Partners of the Debtors to the Motion of the United States Trustee for Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-11322, D.I. 135, Filed September 4, 2015].

    D.    Reply of the U.S. Trustee on his Motion for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [Case No. 15-11322, D.I. 145, Filed September 11, 2015].

Status: This matter is going forward.

4.    Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [Case No. 15-11322, D.I.. 112, Filed August 25, 2015].

Related Documents:

    A.    Motion to Shorten Regarding Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [Case No. 15-11322, D.I. 113, Filed August 25, 2015].

    B.    Order Granting Motion to Shorten Regarding Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [Case No. 15-11322, D.I. 114, Filed August 26, 2015].

    C.    Notice of Hearing Regarding Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese, LLC as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [Case No 15-11322, D.I. 118, Filed August 26, 2015].

    D.    Certification of Counsel Regarding Order Scheduling Hearing on Application to Retain a Chief Restructuring Officer [Case No.15-11322, D.I. 116, Filed August 26, 2015].

    E.    Amended Order Regarding Scheduling Hearing on Application to Retain a

Chief Restructuring Officer [Case No. 15-11322, D.I. 117, Filed August 26, 2015].

Objection Deadline: August 28, 2015 at 4:00 p.m. ET

Objections/Responses Received:

A. Objection of Certain Investors and Limited Partners to the Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLP as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [15-11322 D.I. 140, Filed September 8, 2015].

B. United States Trustee's Objection to the Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as the Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [Case No.15-11322, D.I. 141, Filed September 8, 2015].

C. Amended Objection of the U.S. Trustee to the Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as the Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [Case No.15-11322, D.I. 142, Filed September 9, 2015].

D. Reply of the Debtors to Objection of Certain Investors and Limited Partners for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [Case No.15-11322, D.I. 144, Filed September 10, 2015].

E. Reply of the Debtors to Amended Objection of the U.S. Trustee to the Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as the Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [Case No.15-11322, D.I. 146, Filed September 11, 2015].

Status: This matter is going forward.

## STATUS CONFERENCE:

5. Joint Statement and Request for Status Conference of Debtors, E-Source Energy, and K&R Roustabout [D.I. 131, Filed December 2, 2015].

Related Documents: None.

Objection Deadline: N/A

Status: This matter is going forward as a status conference.

Dated: December 9, 2015  
Wilmington, Delaware

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (No. 3933)
Ronald S. Gellert (No. 4259)
Shannon Dougherty Humiston (No. 5740)
913 N. Market St., 10th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com

*Counsel for the Debtors and Debtors-in-Possession*