# SIGN-IN-SHEET

CASE NAME: Citadel Watford City Disposal Partners, LP
CASE NO.: 15-11323-KJC

COURTROOM LOCATION: 5
DATE: December 11, 2015

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mike Busenkell | Gellert Scali Busenkell & Brown | Debtors |
| Nathan Dahl | Duane Morris | Nathan Dahl |
| Thomas Horan | Womble Carlyle | Committee |
| Russell Silberglied | Richards, Layton & Finger | K&R Roustabout |
| Juliet Sarkessian | U.S. Trustee | |
| Richard Beck | Klehr Harrison Harvey Branzburg | Certain LP's and Prospective Purchaser |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |