# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Citadel Watford City Disposal Partners, L.P., et al.,[1] | ) Case No. 15-11323 (KJC) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) **Re: D.I. 143 and 144** |
| | ) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATEMENT IN SUPPORT OF (I) MOTION OF THE DEBTORS FOR ORDERS: (A) APPROVING STALKING HORSE BID (B) APPROVING CREDIT BIDS UNDER SECTION 363(K) OF THE BANKRUPTCY CODE, (C) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL ASSETS OF THE DEBTORS, (D) SCHEDULING AN AUCTION AND HEARING TO CONSIDER THE SALE OF ASSETS, (E) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, AND (F) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FEE; AND (II) DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105, 361, 363, 364 AND 507 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 4001 AND 9014: (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION FINANCING, (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE PRIORITY, AND (III) GRANTING RELATED RELIEF**

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, submits this Statement in Support of the Debtors' Motion for Orders: (A) Approving Stalking Horse Bid (B) Approving Credit Bids Under Section 363(K) of the Bankruptcy Code, (C) Approving Bidding Procedures in Connection with the Sale of Substantially All Assets of the Debtors, (D) Scheduling an Auction and Hearing to Consider the Sale of

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is PO Box 2127, Watford City, North Dakota 58854.

Assets, (E) Approving the Form and Manner of Notice Thereof, and (F) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases Fee Amount (the "<u>Sale Motion</u>") [D.I. 143] and Debtors' Motion for Entry of an Order Pursuant to Sections 105, 361, 363, 364 and 507 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014: (I) Authorizing the Debtors to Obtain Post Petition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Priority, and (III) Granting Related Relief (the "<u>Financing Motion</u>") [D.I. 144].

In connection with the Sale Motion and Financing Motion, the Committee, the Debtors, and E-Source Energy SWD, LLC ("<u>E-Source</u>," the proposed buyer under the Sale Motion and lender under the Financing Motion), have agreed on a path towards a plan of liquidation under which all remaining cash in the estates on the effective date of the plan will seed a litigation trust. Critically, the Committee's and Debtors' professionals have agreed that the first $100,000 of recoveries of the litigation trust (the "<u>Unsecured Creditor Carveout</u>") will be for the benefit of unsecured creditors of the Debtors. Under this consensual arrangement, professionals are agreeing to subordinate payment of allowed fees and expenses (other than those proposed to be paid out of the proceeds of the debtor-in-possession financing (the "<u>DIP</u>") proposed in the financing motion) to unsecured creditors. Similarly, E-Source is agreeing further to subordinate its right to repayment under the DIP to payment of the Unsecured Creditor Carveout and the Debtors' and Committee's professionals' fees.

Under the difficult circumstances of these cases, the Committee believes that the relief proposed in the Sale Motion and DIP Financing Motion, coupled with the Committee's agreement with E-Source and the Debtors' and Committee's Professionals, provides the best

prospect for a recovery to the unsecured creditor body and a prompt, efficient exit strategy for the Debtors.

Therefore, the Committee respectfully requests that this Court enter an order granting the Sale Motion and the Financing Motion.

Dated:  February 8, 2016          **WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (Del. Bar No. 4641)
Ericka F. Johnson (Del. Bar No. 5024)
Nicholas T. Verna (Del. Bar No. 6082)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
E-mail:  thoran@wcsr.com
E-mail:  erjohnson@wcsr.com
E-mail:  nverna@wcsr.com

*Counsel to the Official Committee of Unsecured Creditors*