**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Citadel Watford City Disposal Partners, LP, et al.[1] | ) ) | Case No. 15-11323 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hearing Date: November 15, 2016 at 3:00 p.m. EST |
| | ) | Objection Deadline: November 7, 2016 at 4:00 p.m. EST |

**FIRST INTERIM APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 8, 2016 THROUGH AUGUST 31, 2016**

| | |
|---|---|
| Name of Applicant: | Shaw Fishman Glantz & Towbin LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 8, 2016 |
| Period for which Compensation and Reimbursement is Sought for the First Interim Period: | July 8, 2016 – August 31, 2016 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the First Interim Period: | $7,994.00 |
| Amount of Expense Reimbursement Sought As Actual, Reasonable, and Necessary for the First Interim Period: | $36.02 |

This is an:     Monthly ____   Interim Application   __X__   Final Application ____

This is Shaw Fishman's First Interim Application.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Watford City Disposal Partners, LP (1520); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Energy Services, LLC (7762). The Debtors' address is 502 3rd Ave. SW, Watford City, North Dakota 58854.

**Summary of Monthly Fee Applications Filed for Interim Period:**

|  |  | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 09/01/2016 | 07/08/2016–07/31/2016 | $4,674.50 | $32.02 | $3,739.60 | $32.02 |
| 10/07/2016 | 08/01/2016-08/31/2016 | $3,319.50 | $4.00 | *Pending* | *Pending* |
|  | **TOTAL:** | **$7,994.00** | **$36.02** | **$3,739.60** | **$32.02** |

Summary of Objections to Monthly Fee Applications:

None filed to date.

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY SHAW FISHMAN GLANTZ & TOWBIN LLC ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 8, 2016 THROUGH AUGUST 31, 2016**

| NAME OF PROFESSIONAL PERSON | POSITION/DATE ADMITTED TO BAR/NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Thomas M. Horan | Member – Admitted to Delaware Bar 2005; Joined Shaw Fishman as Member 2016 | $495.00 | 10.50 | $5,197.50 |
| Allison B. Hudson | Associate – Admitted to Illinois Bar 2013; Joined Shaw Fishman 2013 | $310.00 | 8.60 | $2,666.00 |
| Maria H Zavala | Paralegal- Joined Shaw Fishman 2006 | $145.00 | 0.90 | $130.50 |
| **TOTALS** | | | **20.0** | **$7,994.00** |
| **Total Blended Rate** | | | | **$399.70** |

**CUMULATIVE SUMMARY OF SERVICES BY TASK FOR PROFESSIONAL SERVICES RENDERED BY SHAW FISHMAN GLANTZ & TOWBIN LLC ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 8, 2016 THROUGH AUGUST 31, 2016**

| Task Description | Hours | Amount |
|---|---:|---:|
| Adversary Proceedings | 0.30 | $148.50 |
| Case Administration | 0.40 | $124.00 |
| Automatic Stay | 1.20 | $538.50 |
| Committee Meetings/Communications | 1.00 | $421.00 |
| Creditors and Claims | 0.10 | $49.50 |
| Fee Applications | 4.10 | $1,437.50 |
| Fee Applications/Objections | 0.50 | $247.50 |
| General Investigation | 1.40 | $693.00 |
| Hearings/Agendas | 0.30 | $148.50 |
| Plan of Reorganization | 2.60 | $1,287.00 |
| Pre-Petition Litigation | 0.70 | $346.50 |
| Retention of Professionals | 7.40 | $2,552.50 |
| **TOTAL** | **20.0** | **$7,994.00** |

**CUMULATIVE SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED BY SHAW FISHMAN GLANTZ & TOWBIN LLC ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 8, 2016 THROUGH AUGUST 31, 2016**

| EXPENSES | AMOUNTS |
|---|---|
| PACER | $10.90 |
| Postage | $25.12 |
| **Total Expenses Requested:** | **$36.02** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Citadel Watford City Disposal Partners, LP, et al.[2] | ) ) | Case No. 15-11323 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | Objection Deadline: October 27, 2016 at 4:00 p.m. (ET) |

**FIRST INTERIM FEE APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 8, 2016 THROUGH AUGUST 31, 2016**

Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases, submits its First Interim Fee Application (the "Application"), pursuant to sections 327, 330(a), and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement for Professionals*, entered August 25, 2015 (the "Interim Compensation Order")[3] [Case No. 15-11322 Docket No. 110], for (i) the allowance of interim compensation for professional services performed

---

[2]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Watford City Disposal Partners, LP (1520); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Energy Services, LLC (7762).  The Debtors' address is 502 3rd Ave. SW, Watford City, North Dakota 58854.

[3]   Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

{11796-001 APPL A0453701.DOCX 2}                              6

by Shaw Fishman for the first interim application period July 8, 2016 through and including August 31, 2016 (the "Compensation Period") in the amount of $7,994.00 (the "Interim Compensation Amount") and (ii) reimbursement of its actual and necessary expenses in the amount of $36.02 (the "Interim Expense Amount") incurred during the First Interim Period. In support of this Application, Shaw Fishman respectfully represents the following:

## I.    Jurisdiction

1. This Court has jurisdiction over this Application pursuant to 11 U.S.C. § 157(b)(2).

2. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.    Background

3. On June 19, 2015 (the "Petition Date"), each of the Debtors filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned chapter 11 cases.  The Debtors continue to operate their businesses and manage their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. No trustee or examiner has been appointed in these cases (the "Chapter 11 Cases").

5. On July 20, 2015, the Office of the United States Trustee appointed the Committee pursuant to Bankruptcy Code section 1102(a)(1). The Committee originally selected Womble Carlyle Sandridge & Rice, LLP ("WCSR") as its counsel. The Committee later applied to the Court for an order authorizing the Committee to retain Shaw Fishman as its counsel, *nunc pro tunc* to July 8, 2016.

### III. Summary of Application for the Compensation Period

6. By this Application, and in accordance with the Interim Compensation Order, Shaw Fishman requests approval of the Interim Compensation Amount and the Interim Expense Amount for the Compensation Period.

7. By this Court's Order dated August 18, 2016, the Committee was authorized to retain Shaw Fishman as their attorneys effective *nunc pro tunc* to July 8, 2016 [Docket No. 389] (the "<u>Retention Order</u>"). The Retention Order authorizes the Debtors to compensate Shaw Fishman in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court.

8. During the Compensation Period, Shaw Fishman performed the services for which it is seeking compensation from the Debtors and their estates. Shaw Fishman received no payment and no promises of payment from any source for services rendered, or to be rendered, in any capacity whatsoever in connection with matters covered by this Application. There is no agreement or understanding between Shaw Fishman and any other person, other than members of the firm, for sharing of compensation received for services rendered in these cases.

9. Shaw Fishman's monthly fee applications during the Compensation Period have been filed and served in accordance with the Interim Compensation Order.

### IV. Relief Requested

10. By this Application, Shaw Fishman requests that the Court approve payment of one-hundred percent (100%) of the fees and expenses incurred by Shaw Fishman during the Compensation Period.

11. All services for which compensation is requested by Shaw Fishman were performed on behalf of the Committee. Shaw Fishman's services have been necessary and beneficial to the Committee and other parties in interest.

12. In accordance with the factors enumerated in Bankruptcy Code section 330, Shaw Fishman respectfully submits that the amount requested by Shaw Fishman is fair and reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, Shaw Fishman has reviewed the requirements of Local Rule 2016-2 and the Interim Compensation Order and believes that this Application complies with such Rule and order. To the extent that this Application fails to comply with Local Rule 2016-2 in any respect, Shaw Fishman submits that such non-compliance is non-material, and respectfully requests that such non-compliance be waived.

## V. Notice

13. Notice of this Application will be served upon: (i) Citadel Watford City Disposal Partners, L.P., P.O. Box 2127, Watford City, North Dakota 58854, (ii) counsel for the Debtors, Gellert Scali Busenkell & Brown, LLC, 913 N. Market Street, 10th Floor, Wilmington, Delaware 19801, Attn.: Michael G. Busenkell; and (iii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Attn.: Linda Casey.

## VI. Conclusion

14. WHEREFORE, Shaw Fishman respectfully requests that the Court enter an order, substantially in the form attached hereto, providing: (i) the fees in the amount of

$7,994.00, as compensation for necessary professional services rendered, and actual and necessary costs and expenses in the amount of $36.02 (for a total of $8,030.02) be allowed on an interim basis; (ii) that the Debtor be authorized and directed to pay to Shaw Fishman the Interim Compensation Amount and the Interim Expense Amount; and (iii) that Shaw Fishman be granted such further relief as may be just and proper.

Date: October 24, 2016

**SHAW FISHMAN GLANTZ  
& TOWBIN LLC**

/s/ Thomas M. Horan  
Thomas M. Horan (Del Bar. No. 4641)  
919 N. Market Street, Suite 600  
Wilmington, DE 19801  
Telephone: (302) 480-9412  
E-mail: thoran@shawfishman.com

*Counsel to the Official Committee of Unsecured Creditors*