**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Citadel Watford City Disposal Partners, L.P., et al.,[1] | ) | Case No. 15-11323 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **RE: D.I. 379, 443, 454, 473** |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) CONDITIONALLY APPROVING THE DISCLOSURE STATEMENT; (II) SCHEDULING A PLAN AND CONFIRMATION HEARING; (III) APPROVING SOLICITATION PACKAGES AND PROCEDURES; (IV) APPROVING THE FORM OF BALLOT AND (V) GRANTING RELATED RELIEF**

I, Shannon Dougherty Humiston, Esquire, of Gellert Scali Busenkell & Brown, LLC, counsel to the above-captioned debtors and debtors-in-possession (collectively, "Debtors"), hereby certify the following:

1. On June 19, 2015, the Debtors each filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2. On or about July 20, 2015, the United States Trustee ("U.S. Trustee") appointed an official committee of unsecured creditors (the "Committee") in these Chapter 11 Cases.

3. On August 11, 2016, the Debtors filed the *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors* (D.I. 379) ("Combined Disclosure Statement and Plan").

4. On November 11, 2016, the Debtors filed the *Motion of Debtors for Entry of an Order (I) Conditionally Approving the Disclosure Statement; (II) Scheduling a Plan*

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is: c/o Gavin/Solmonese LLC, 919 N. Market St., Ste. 600, Wilmington, DE 19801.

*Confirmation Hearing; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Form of Ballot; and (V) Granting Related Relief* (D.I. 443) ("Motion").

5. On December 6, 2016, the Office of the U.S. Trustee filed the *Objection of the United States Trustee to the Motion of Debtors for Entry of an Order (I) Conditionally Approving the Disclosure Statement; (II) Scheduling a Plan Confirmation Hearing; (III) Approving Solicitation Packages and Procedures; and (V) Granting Related Relief* (D.I. 454) ("U.S. Trustee's Objection").

6. On December 16, 2016, the Debtors amended the Combined Disclosure Statement and Plan by filing the *Amended Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors* (D.I. 473) ("Amended Combined Disclosure Statement and Plan").

7. The Debtor also received informal comments from the United States Securities and Exchange Commission ("SEC").

8. The United States Bankruptcy Court for the District of Delaware heard the Motion, on December 13, 2016, at 1:00 p.m. ("Hearing").

9. In consultation with the SEC, counsel to the U.S. Trustee and counsel to the Committee, the Debtors revised certain exhibits to the Motion (collectively, the "Exhibits"). True and correct copies of the revised Exhibits are attached as Exhibit 1. Attached as Exhibit 2 is the redline copy of the Exhibits that shows the changes made to the Exhibits submitted with the Motion.

10. Additionally, in consultation with the SEC, counsel to the U.S. Trustee and counsel to the Committee, the Debtors revised the proposed form of order granting the Motion (the "Proposed Order," collectively with the Exhibits, the "Revised Documents"). A true and

correct copy of the revised Proposed Order is attached as Exhibit 3. Attached as Exhibit 4 is the redline copy of the Proposed Order that shows the changes made to the Proposed Order submitted with the Motion.

11. The Revised Documents have been shared with the SEC, counsel to the Committee and counsel to the U.S. Trustee, none of whom indicated that they have any objection to entry of the Proposed Order attached as Exhibit 3.

12. Accordingly, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as Exhibit 3 at its earliest convenience.

Respectfully submitted,

Dated: December 16, 2016
Wilmington, Delaware

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Shannon Dougherty Humiston*

Michael Busenkell (No. 3933)
Shannon Dougherty Humiston (No. 5740)
1201 N. Orange St., Ste. 300
Wilmington, DE 19801
Phone: (302) 425-5800
Fax: (302) 425-5814
mbusenkell@gsbblaw.com
shumiston@gsbblaw.com

*Counsel to the Debtors and Debtors-in-Possession*