IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Citadel Watford City Disposal Partners, L.P., et al.,[1] | ) ) | Case No. 15-11323 (KJC) (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related to Docket Nos. 379 and 473** |

**NOTICE OF FILING OF PLAN SUPPLEMENT TO
AMENDED JOINT COMBINED DISCLOSURE STATEMENT AND CHAPTER 11
PLAN OF LIQUIDATION PROPOSED BY THE DEBTORS AND THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

PLEASE TAKE NOTICE that on January 13, 2017, the above-captioned debtors and debtors-in-possession filed this *Plan Supplement to Amended Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors* (the "Plan Supplement")[2] in (i) pursuant to that certain *Order (I) Conditionally Approving the Disclosure Statement; (II) Scheduling a Plan Confirmation Hearing; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Form of Ballot; and (V) Granting Related Relief* [Dkt. No. 475] and (ii) support of the *Amended Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Dkt No. 473] (the "Plan") attached hereto as Exhibits A, B, and C, with the United States Bankruptcy Court for the District of Delaware, 824 N. Market St., Wilmington, DE 19801 (the "Court"). Capitalized terms used, but not defined herein have the meanings ascribed to the them in the Plan. The documents contained in this Plan Supplement are integral to, part of, and incorporated by reference into the Plan. If the Plan is approved, the documents contained in this Plan Supplement will be approved by the Court pursuant to the Confirmation Order.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is: c/o Gavin/Solmonese LLC, 919 N. Market St., Ste. 600, Wilmington, DE 19801.

[2] Due to the volume of the document, only the Notice of Filing will be served. The Plan Supplement in its entirety is available upon request to Debtors' counsel, Gellert Scali Busenkell & Brown, LLC.

## **CONTENTS**

1.  This Plan Supplement contains the following documents, as each may be amended, modified, or supplemented from time to time by the Debtors in accordance with the Plan, as set forth below:

- **Exhibit A**: Trust Agreement

- **Exhibit B**: Identity of Liquidating Trustee

- **Exhibit C**: Causes of Action

2.  Certain documents, or portions thereof, contained in this Plan Supplement remain subject to continuing review and negotiations between the Debtor and interested parties with respect to the Plan. The Debtor reserves all rights to amend, revises, or supplement the Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the Plan, or any such date as may be provided for by the Plan or by order of the Court.

Dated: January 13, 2017
Wilmington, Delaware

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Shannon Dougherty Humiston (DE 5740)
1201 N. Orange St., Ste. 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile:  (302) 425-5814
Email: mbusenkell@gsbblaw.com
        shumiston@gsbblaw.com

*Counsel for the Debtors and Debtors-in-Possession*