**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Citadel Watford City Disposal Partners, L.P., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 15-11323 (KJC)<br><br>Jointly Administered<br><br>**Re: Doc No. 473, 484** |

**LIMITED RESPONSE OF E-SOURCE ENERGY SWD, LLC TO THE AMENDED
JOINT COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN
OF LIQUIDATION PROPOSED BY THE DEBTORS AND THE OFFICIAL
<u>COMMITTEE OF UNSECURED CREDITORS</u>**

E-Source Energy SWD, LLC (the "<u>DIP Lender</u>"), a secured creditor and the debtor-in-possession financing lender, respectfully files this limited response (the "<u>Limited Response</u>") to the *Amended Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Docket No. 473] (the "<u>Amended Plan</u>") and the January 13, 2017 *Plan Supplement to Amended Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Docket No. 484] (the "<u>Plan Supplement</u>"). In support of its Limited Response, the DIP Lender respectfully states as follows:

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is, PO Box 2127, Watford City, ND 58854.

**LIMITED RESPONSE**

1. The DIP Lender is a superpriority secured creditor according to the terms of the debtor-in-possession financing agreement with the Debtors. The DIP Lender files this Limited Response to express its concerns regarding confirmation of the Debtors' Amended Plan as it is currently proposed. Of particular concern is whether the Amended Plan's treatment of the DIP Lender's superpriority claim is consistent with the agreed upon terms set forth in the debtor-in-possession financing agreement and related documents. The Debtors and the DIP Lender are currently developing a potential resolution to address the DIP Lender's concerns that involves an amendment to the debtor-in-possession financing agreement. The Debtors and DIP Lender intend to present this resolution to the Court at the confirmation hearing currently scheduled for February 7, 2017 (the "Confirmation Hearing").

2. In the event that the Debtors and the DIP Lender are unable to reach a resolution that satisfies the DIP Lender's concerns, the DIP Lender plans to object to the Amended Plan, and the Amended Plan's treatment of its superpriority claim, at the Confirmation Hearing.

**RESERVATION OF RIGHTS**

3. For the reasons set forth herein, the DIP Lender reserves the right to supplement this Limited Response prior to the Confirmation Hearing and at any time that a further amendment, supplement or change to the Amended Plan is filed by the Debtors.

**CONCLUSION**

4. Through its Limited Response, the DIP Lender respectfully requests that this Honorable Court consider the DIP Lender's concerns and potential objection, as well as any resolution thereto related to the Debtors' Amended Plan at the Confirmation Hearing.

Dated: February 3, 2017

KLEHR | HARRISON | HARVEY | BRANZBURG LLP

By: */s/ Sally E. Veghte*
Richard M. Beck (DE Bar No. 3370)
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
rbeck@klehr.com; sveghte@klehr.com

*Counsel to E-Source Energy SWD, LLC*