**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Citadel Watford City Disposal Partners, L.P., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 15-11323 (KJC)<br><br>Jointly Administered |
| Citadel Watford City Disposal Partners, L.P., *et al.*,<br><br>Plaintiffs<br>v<br><br>Defendants Listed on Exhibit "A" Attached hereto | Adv. No.: See Exhibit "A" |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 7, 2017 AT 10:00 AM (ET)**

**CONTINUED MATTERS**

1. Citadel Watford City Disposal Partners, L.P., et al. v H2O Partners, L.P. (16-51552 KJC)

   Related Documents: N/A

   Objection deadline: N/A

   Objections/Responses Received: N/A

   Status: Per the Court, this Pre-Trial Conference has been adjourned to March 16, 2017.

2. Citadel Watford City Disposal Partners, L.P., et al. v Troy Gould, P.C. (16-51558 KJC)

   Related Documents: N/A

   Objection deadline: N/A

   Objections/Responses Received: N/A

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is, Gavin c/o Solmonese 919 North Market Street, Suite 600, Wilmington, DE 19801.

[2] **Amended items appear in bold**

Status: Per the Court, this Pre-Trial Conference has been adjourned to March 16, 2017.

3. Citadel Watford City Disposal Partners, L.P., et al. v Lund Oil, Inc. (16-51553 KJC)

Related Documents: N/A

Objection deadline: N/A

Objections/Responses Received: N/A

Status: Per the Court, this Pre-Trial Conference has been adjourned to March 16, 2017.

**UNCONTESTED MATTERS UNDER CERTIFCATE OF NO OBJECTION**

4. Motion of Debtors for an Order Extending Period Within Which They May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure [D.I. 480, Filed January 9, 2017].

Related Documents:

A. Certificate of No Objection Regarding Motion of Debtors for an Order Extending Period Within Which They May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure [D.I. 491, filed February 2, 2017].

B. [Proposed] Order Extending Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure [D.I. 480-2, Filed January 9, 2017].

**C. Order Extending Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure [D.I. 497, Filed February 6, 2017].**

Objection deadline: January 31, 2017.

Objections/Responses Received: None.

**Status: An Order was entered by the Court on February 6, 2017 [D.I. 497]**

**UNCONTESTED FEE APPLICATIONS UNDER CERTIFICATION OF COUNSEL**

5. Sixth Interim Application of Gellert Scali Busenkell & Brown, LLC as Counsel to the Debtors and Debtors-in-Possession

Related Documents:

A. Certification of Counsel Concerning Sixth Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [D.I. 493, filed February 3, 2017].

B. [Proposed] Sixth Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [D.I. 493-1, Filed February 3, 2017].

**C. Sixth Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [D.I. 496, Filed February 6, 2017].**

Objections/Responses Received: None.

**Status: An Order was entered by the Court on February 6, 2017 [D.I. 496].**

**MATTERS GOING FORWARD**

6. Amended Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors [D.I. 473, Filed December 16, 2016].

Related Documents:

A. Motion of Debtors for Entry of an Order (I) Conditionally Approving the Disclosure Statement; (II) Scheduling a Plan Confirmation Hearing; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Form of Ballot; and (V) Granting Related Relief [D.I. 443, Filed November 13, 2016]

B. Objection of the United States Trustee to the Motion of Debtors for Entry of an Order (I) Conditionally Approving The Disclosure Statement; (II) Scheduling a Plan Confirmation Hearing; (III) Approving Solicitation Packages and Procedures; and (V) Granting Related Relief [D.I. 454, Filed December 6, 2016].

C. Certification of Counsel Regarding Motion of Debtors for Entry of an Order (I) Conditionally Approving the Disclosure Statement; (II) Scheduling a Plan Confirmation Hearing; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Form of Ballot; and (V) Granting Related Relief [D.I. 474, Filed December 16, 2016].

D. Order (I) Conditionally Approving the Disclosure Statement; (II) Scheduling a Plan Confirmation Hearing; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Form of Ballot; and (V) Granting Related Relief [D.I. 475, Filed December 16, 2016].

E. Amended Exhibit D – Form of Ballot [D.I. 476, Filed December 21, 2016].

F. Affidavit of Service of Ashley P. Gollmann [D.I. 477, Filed December 27, 2016].

G. Affidavit of Service Regarding the Amended Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors, Amended Form of Ballot, and Revised Exhibits to Motion of Debtors for Entry of an Order (I) Conditionally Approving the Disclosure Statement; (II) Scheduling a Plan Confirmation Hearing; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Form of Ballot; and (V) Granting Related Relief [D.I. 483, Filed January 13, 2017].

H. Plan Supplement to the Amended Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors [D.I. 484, Filed January 13, 2017].

I. Affidavit of Service Regarding D.I. 484 – Plan Supplement to the Amended Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors [D.I. 485, Filed January 16, 2017].

J. Declaration of Edward T. Gavin, CPT Regarding in Support of Confirmation of the Amended Chapter 11 Plan and Disclosure Statement of Liquidation Proposed by the Debtors [D.I. 488, Filed January 31, 2017].

K. Certification of Gavin/Solomonese LLC Regarding Tabulation of Votes in Connection with the Amended Chapter 11 Plan of Liquidation by the Debtors [D.I. 489, Filed January 31, 2017].

L. Memorandum of Law in Support of Confirmation of Plan of Liquidation [D.I. 490, Filed January 31, 2017].

Objection deadline: January 31, 2017. Deadline extended to February 3, 2017 for E-Source Energy SWD, LLC

Objections/Responses Received:

**A. Limited Response of E-Source Energy SWD, LLC to the Amended Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors [D.I. 495, Filed February 3, 2017].**

Status: This matter is going forward.

7. Pre-trial Conference Citadel Watford City Disposal Partners, L.P., et al. v John Bannon (16-51548 KJC)

Related Documents: Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 548, 549 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 [D.I. 1, Filed December 12, 2016].

Objection deadline: N/A

Objections/Responses Received: John Bannon's Answer and Affirmative Defenses [D.I. 6, Filed January 25, 2017].

**Status: A Scheduling Order was entered by the Court on February 6, 2017 [D.I. 9].**

Dated: February 6, 2017
Wilmington, Delaware

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (No. 3933)
Evan W. Rassman (No. 6111)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com
erassman@gsbblaw.com
*Counsel for the Debtors and Debtors-in-Possession*