# **EXHIBIT A**

## SUMMARY OF CITADEL DIP LOAN CHANGES[1]

| Original Term | Amendment Description |
|---|---|
| Definition of "Termination Date" | Loan extended for two years or to the date that is 120 days after all litigation is concluded, whichever is earlier added to existing definition.  Provisions regarding asset sale removed. |
| Definition of "Carve Out" | Liquidating Trust expenses added to carve out, reference to approved budget is replaced with reasonable allowed fees of professionals. |
| Definition of "Carve Out Waterfall" | Added to amendment, addresses how the Carve Out is to be paid by the Liquidating Trust. |
| Definition of "Liquidating Trust" | Definition added. |
| Definition of "Plan" | Definition added. |
| Releases | Releases of the DIP Lender and certain affiliated entities are added. |
| Cooperation with Liquidating Trust | Terms of cooperation with Liquidating Trust in litigation are added. |
| California Litigation | Clarification of scope of automatic stay added. |
| Conditions Precedent to Amendment Effectiveness | Approval of Plan, approval of Amendment, execution of Agreement and Payment of $10,000 Amendment Fee added. |
| Sunset Date | Termination right if the Amendment is not approved by March 30, 2017. |

---

[1]   This Chart is for illustration purposes only.  The terms of any approved DIP Loan Amendment and order shall control over any inconsistencies with this chart.