IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Citadel Watford City Disposal Partners, LP, et al.[1] | ) ) | Case No. 15-11323 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |

**NOTICE OF CHANGE OF ADDRESS OF SHAW FISHMAN GLANTZ & TOWBIN LLC, COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Please take notice that Shaw Fishman Glantz & Towbin LLC, counsel to the Official Committee of Unsecured Creditors in the above-captioned cases, is now located at the following address:

Shaw Fishman Glantz & Towbin LLC
300 Delaware Ave., Suite 1370
Wilmington, DE 19801

Dated:  March 3, 2017

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

*/s/ Thomas M. Horan*
Thomas M. Horan (Del. Bar No. 4641)
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Telephone:  (302) 480-9412
E-mail:  thoran@shawfishman.com

*Counsel to the Official Committee of Unsecured Creditors*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Watford City Disposal Partners, LP (1520); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Energy Services, LLC (7762).  The Debtors' address is 502 3rd Ave. SW, Watford City, North Dakota 58854.

{11796-001 NTC A0464675.DOCX}