# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| Citadel Watford Disposal Partners, L.P., *et al.*,[1] | : Case No. 15-11323 (KJC) |
| | : (Jointly Administered) |
| Debtors. | : |

## NOTICE OF APPEARANCE OF LIQUIDATION TRUSTEE

Please take notice that, in accordance with Amended Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors, confirmed on February 23, 2017, the Liquidation Trustee in the above-captioned jointly-administered cases is:

> Gavin/Solmonese LLC
> Attn: Edward T. Gavin IV, CTP
> 919 N. Market St., Suite 600
> Wilmington, DE 19801

| | |
|---|---|
| Dated: March 21, 2017 | **SHAW FISHMAN GLANTZ & TOWBIN LLC** |
| | |
| | /s/ Thomas M. Horan |
| | Thomas M. Horan (DE Bar No. 4641) |
| | Johnna M. Darby (DE Bar No. 5153) |
| | 300 Delaware Ave., Suite 1370 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 480-9412 |
| | E-mail: thoran@shawfishman.com |
| | E-mail: jdarby@shawfishman.com |
| | |
| | -and- |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-001 NTC A0466166.DOCX}

Allison Hudson
321 N. Clark St., Suite 800
Chicago, IL 60654
Telephone: (312) 980-3836
E-mail: ahudson@shawfishman.com

*Counsel to Gavin/Solmonese LLC,
Liquidation Trustee*