# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Citadel Watford City Disposal Partners, L.P., *et al*.,[1] | Case No. 15-11323 (KJC) |
| Debtor. | |
| Citadel Watford City Disposal Partners, L.P., *et al*., | Adv. Pro. No. 16-51548 (KJC) |
| Plaintiffs, | |
| v. | |
| John Bannon, | |
| Defendant. | |

## STATUS REPORT IN ADVERSARY PROCEEDING

| Status | Description | Expected Date of Completion of Discovery |
|---|---|---|
| F | Service is complete, answer has been filed, and discovery is underway | July 28, 2017 |

Dated: March 22, 2017

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
Johnna M. Darby (DE Bar No. 5153)
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Telephone: (302) 480-9412
E-mail: thoran@shawfishman.com
E-mail: jdarby@shawfishman.com

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-001 RPT A0466347.DOCX}

-and-

Allison Hudson
321 N. Clark St., Suite 800
Chicago, IL 60654
Telephone: (312) 980-3836
E-mail: ahudson@shawfishman.com

*Counsel to Gavin/Solmonese LLC,
Liquidation Trustee*