# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Citadel Watford Disposal Partners, L.P., et al.,[1] | : | Case No. 15-11323 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Hearing Date: May 23, 2017 at 3:00 p.m. (ET)** |
| | : | **Objection Deadline: May 2, 2017 at 4:00 p.m. (ET)** |
| | : | |
| Citadel Watford Disposal Partners, L.P., et al. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| J. Stanton Dodson; | : | Adv. Proc. No. 15-51367 (KJC) |
| Abos, LLC; | : | Adv. Proc. No. 16-51547 (KJC) |
| John Bannon; | : | Adv. Proc. No. 16-51548 (KJC) |
| Citadel H2O, LLC; | : | Adv. Proc. No. 16-51549 (KJC) |
| Alenush Dodson; | : | Adv. Proc. No. 16-51550 (KJC) |
| Focus Capital Partners, LLC; | : | Adv. Proc. No. 16-51551 (KJC) |
| H2O Partners, L.P.; | : | Adv. Proc. No. 16-51552 (KJC) |
| Lund Oil, Inc.; | : | Adv. Proc. No. 16-51553 (KJC) |
| Odin Oil and Gas, LLC; | : | Adv. Proc. No. 16-51554 (KJC) |
| Mildred Powell; | : | Adv. Proc. No. 16-51555 (KJC) |
| R. James Consulting, Inc.; | : | Adv. Proc. No. 16-51556 (KJC) |
| Peter Simons; | : | Adv. Proc. No. 16-51557 (KJC) |
| Troy Gould P.C.; | : | Adv. Proc. No. 16-51558 (KJC) |
| Khan Pham; | : | Adv. Proc. No. 16-51559 (KJC) |
| State of North Dakota, Industrial Commission of North Dakota, Oil and Gas Division; | : | Adv. Proc. No. 17-50015 (KJC) |
| | : | |
| Defendants | : | |
| | : | |
| -and- | : | |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-001 MOT A0467740.DOCX 3}

T

| | |
|---|---|
| Official Committee of Unsecured Creditors of Citadel Watford Disposal Partners, L.P., et al., | : : : |
| Plaintiff, | : : |
| v. | : Adv. Proc. No. 17-50024 (KJC) |
| Citadel Energy Partners, LLC, et al. | : : : |
| Defendants. | : |

**MOTION OF GAVIN/SOLMONESE LLC, LIQUIDATION TRUSTEE FOR THE CITADEL CREDITORS' GRANTOR TRUST, SUCCESSOR TO CITADEL WATFORD DISPOSAL PARTNERS, L.P., ET AL., FOR AN ORDER AMENDING CAPTIONS TO REFLECT REAL PARTY IN INTEREST**

Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford Disposal Partners, L.P., et al. (the "Liquidation Trustee"), as debtors and debtors in possession in the above-captioned bankruptcy case and adversary proceedings, by and through its undersigned counsel, move (the "Motion") for an order pursuant to sections 105(a) and 1142 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rules 7015 and 7017 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") amending the caption in each of the above-captioned adversary proceedings to reflect the real party in interest, Gavin/Solmonese LLC, Liquidation Trustee, pursuant to the Plan confirmed by this Court on February 23, 2017. In support of this Motion, the Liquidation Trustee respectfully represents as follows:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue of the above-captioned bankruptcy cases (the "Chapter 11 Cases") and adversary proceedings (the

"Adversary Proceedings"), and this Motion, in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2. The legal predicates for the relief requested herein are Bankruptcy Code sections 105(a) and 1142 and Bankruptcy Rules 7015 and 7017.

**BACKGROUND**

3. On June 19, 2015, debtors Citadel Watford Disposal Partners, L.P., Citadel Energy Services, LLC, Pembroke Fields, LLC and Citadel Energy SWD Holdings, LLC (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases.

4. By Order dated June 30, 2015, the Court authorized the joint administration of the Chapter 11 Cases. See Case No. 15-11323 (KJC), D.I. 8.

5. On December 16, 2016, the Debtors filed their Amended Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors (the "Plan"). See Case No. 15-11323 (KJC), D.I. 473. The Plan contemplated, among other things, the creation of a liquidation trust that would hold and administer the liquidation trust assets.

6. On January 13, 2017, Debtors filed a Notice of Filing of Plan Supplement (the "Plan Supplement"), to which was attached the Liquidation Trust Agreement (the "Agreement"). See Case No. 15-11323 (KJC), D.I. 484. The Agreement creates the Citadel Creditors' Grantor Trust (the "Trust") and provides for the appointment of Gavin/Solmonese LLC as Liquidation Trustee, which will administer the Trust and its assets including, but not limited to, all causes of action. Id. The Plan Supplement also

{12058-001 MOT A0467740.DOCX 3}

3

provided that, if the Plan was confirmed, the documents contained in the Plan Supplement, including the Agreement, would be approved by the Court pursuant to the Confirmation Order.

7.  By Order dated February 23, 2017, the Court confirmed the Plan (the "Confirmation Order"). See Case No. 15-11323 (KJC), D.I. 517.

8.  On March 9, 2017, the Plan became effective (the "Effective Date"). See Case No. 15-11323 (KJC), D.I. 527. As of that date, Gavin/Solmonese LLC, Liquidation Trustee, became the real party in interest in connection with each of the Adversary Proceedings.

9.  By this Motion, the Liquidation Trustee respectfully requests that this Court enter an order substantially in the form attached hereto as Exhibit A amending the caption in each of the Adversary Proceedings to substitute Gavin/Solmonese, Liquidation Trustee as the real party in interest and plaintiff. Following the entry of the Court's Order, the caption in each of the Adversary Proceedings would appear as follows:

[Remainder of page intentionally left blank.]

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Citadel Watford Disposal Partners, L.P., et al., | : | Case No. 15-11323 (KJC) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

| | | |
|---|---|---|
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford Disposal Partners, L.P., et al., | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Adv. Proc. No. 15-51367 (KJC) |
| | : | Adv. Proc. No. 16-51547 (KJC) |
| J. Stanton Dodson; | : | Adv. Proc. No. 16-51548 (KJC) |
| Abos, LLC; | : | Adv. Proc. No. 16-51549 (KJC) |
| John Bannon; | : | Adv. Proc. No. 16-51550 (KJC) |
| Citadel H2O, LLC; | : | Adv. Proc. No. 16-51551 (KJC) |
| Alenush Dodson; | : | Adv. Proc. No. 16-51552 (KJC) |
| Focus Capital Partners, LLC; | : | Adv. Proc. No. 16-51553 (KJC) |
| H2O Partners, L.P.; | : | Adv. Proc. No. 16-51554 (KJC) |
| Lund Oil, Inc.; | : | Adv. Proc. No. 16-51555 (KJC) |
| Odin Oil and Gas, LLC; | : | Adv. Proc. No. 16-51556 (KJC) |
| Mildred Powell; | : | Adv. Proc. No. 16-51557 (KJC) |
| R. James Consulting, Inc.; | : | Adv. Proc. No. 16-51558 (KJC) |
| Peter Simons; | : | Adv. Proc. No. 16-51559 (KJC) |
| Troy Gould P.C.; | : | |
| Khan Pham; | : | Adv. Proc. No. 17-50015 (KJC) |
| State of North Dakota, Industrial Commission of North Dakota, Oil and Gas Division; | : : | |
| | : | |
| Defendants | : | |
| | : | |
| -and- | : | |
| | : | |
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford Disposal Partners, L.P., et al., | : : : : | |
| Plaintiff, | : | Adv. Proc. No. 17-50024 (KJC) |
| | : | |
| v. | : : | |
| Citadel Energy Partners, LLC, et al. | : : | |
| Defendants. | : | |

**BASIS FOR RELIEF REQUESTED**

A.  **Entry of an Order Will Effectuate a Change in the Captions to Reflect the Real Party in Interest in these Adversary Proceedings.**

10. The Liquidation Trustee is beginning its administration of the Debtors' estates pursuant to the Plan and the Plan Supplement.

11. Bankruptcy Code section 1142 provides that "any entity organized or to be organized for the purpose of carrying out the plan shall carry out the plan and shall comply with any orders of the court." It further provides that "[t]he Court may direct … any other necessary party … to perform any other act … that is necessary for the consummation of the plan."

12. Bankruptcy Rule 7015 provides that a party may amend its pleading with the Court's leave, which should be freely given when justice so requires.

13. Bankruptcy Rule 7017 provides that "[a]n action must be prosecuted in the name of the real party in interest." Known as the "real party in interest rule," it "requires that an action be prosecuted in the name of the party who holds the right sought to be enforced." *See* Fed. R. Bank. P. 7017, Overview of Rule 7017, 2 Collier Pamphlet Edition 2017, pp. 427-428 (Alan N. Resnick & Henry J. Sommer eds., Matthew Bender).

14. As of the Effective Date, Gavin/Solmonese, Liquidation Trustee, became the real party in interest in connection with the Adversary Proceedings. As such, the caption should be changed to reflect the real party in interest and identify the Liquidation Trustee as plaintiff.

**NOTICE**

15. The Liquidation Trustee has provided notice of this Motion to (a) the United States Trustee; (b) each counsel who has entered an appearance in each of the

above-captioned adversary proceedings; and (c) any party that has requested notice pursuant to Bankruptcy Rule 2002.

16. The Liquidation Trustee submits that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Liquidation Trustee respectfully requests the entry of an order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: April 17, 2017

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
Johnna M. Darby (DE Bar No. 5153)
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Telephone: (302) 691-3774
E-mail: thoran@shawfishman.com
E-mail: jdarby@shawfishman.com

-and-

Allison Hudson
321 N. Clark St., Suite 800
Chicago, IL 60654
Telephone: (312) 980-3836
E-mail: ahudson@shawfishman.com

*Counsel to Gavin/Solmonese LLC, Liquidation Trustee*