# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Citadel Watford Disposal Partners, L.P., et al.,[1] | : | Case No. 15-11323 (KJC) |
| Debtors. | : | (Jointly Administered) |
| | : | Re: 545 |
| Citadel Watford Disposal Partners, L.P., et al. | : | |
| Plaintiff, | : | |
| v. | : | |
| J. Stanton Dodson; | : | Adv. Proc. No. 15-51367 (KJC) |
| Abos, LLC; | : | Adv. Proc. No. 16-51547 (KJC) |
| John Bannon; | : | Adv. Proc. No. 16-51548 (KJC) |
| Citadel H2O, LLC; | : | Adv. Proc. No. 16-51549 (KJC) |
| Alenush Dodson; | : | Adv. Proc. No. 16-51550 (KJC) |
| Focus Capital Partners, LLC; | : | Adv. Proc. No. 16-51551 (KJC) |
| H2O Partners, L.P.; | : | Adv. Proc. No. 16-51552 (KJC) |
| Lund Oil, Inc.; | : | Adv. Proc. No. 16-51553 (KJC) |
| Odin Oil and Gas, LLC; | : | Adv. Proc. No. 16-51554 (KJC) |
| Mildred Powell; | : | Adv. Proc. No. 16-51555 (KJC) |
| R. James Consulting, Inc.; | : | Adv. Proc. No. 16-51556 (KJC) |
| Peter Simons; | : | Adv. Proc. No. 16-51557 (KJC) |
| Troy Gould P.C.; | : | Adv. Proc. No. 16-51558 (KJC) |
| Khan Pham; | : | Adv. Proc. No. 16-51559 (KJC) |
| State of North Dakota, Industrial Commission of North Dakota, Oil and Gas Division; | : | Adv. Proc. No. 17-50015 (KJC) |
| Defendants | : | |
| -and- | : | |
| Official Committee of Unsecured Creditors for Citadel Watford Disposal Partners, L.P., et al., | : | |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-001 ORD A0468039.DOCX 2}

Plaintiff,           :
                                                 :
v.                                               :  Adv. Proc. No. 17-50024 (KJC)
                                                 :
Citadel Energy Partners, LLC, et al.             :
                                                 :
                            Defendants.          :

**ORDER GRANTING MOTION OF GAVIN/SOLMONESE LLC, LIQUIDATION TRUSTEE FOR THE CITADEL CREDITORS' GRANTOR TRUST, SUCCESSOR TO CITADEL WATFORD DISPOSAL PARTNERS, L.P., ET AL., AMENDING CAPTIONS TO REFLECT REAL PARTY IN INTEREST**

Upon consideration of the Motion of Gavin/Solmonese LLC, Liquidation Trustee, for an Order Amending Captions to Reflect Real Party In Interest, and any responses thereto, it is hereby ordered that:

1. The Motion is granted as set forth herein.

2. The caption shall be amended as follows:

[Remainder of page intentionally left blank.]

| | |
|---|---|
| In re: | Chapter 11 |
| Citadel Watford Disposal Partners, L.P., et al., | Case No. 15-11323 (KJC) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford Disposal Partners, L.P., et al., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 15-51367 (KJC) |
| | Adv. Proc. No. 16-51547 (KJC) |
| J. Stanton Dodson; | Adv. Proc. No. 16-51548 (KJC) |
| Abos, LLC; | Adv. Proc. No. 16-51549 (KJC) |
| John Bannon; | Adv. Proc. No. 16-51550 (KJC) |
| Citadel H2O, LLC; | Adv. Proc. No. 16-51551 (KJC) |
| Alenush Dodson; | Adv. Proc. No. 16-51552 (KJC) |
| Focus Capital Partners, LLC; | Adv. Proc. No. 16-51553 (KJC) |
| H2O Partners, L.P.; | Adv. Proc. No. 16-51554 (KJC) |
| Lund Oil, Inc.; | Adv. Proc. No. 16-51555 (KJC) |
| Odin Oil and Gas, LLC; | Adv. Proc. No. 16-51556 (KJC) |
| Mildred Powell; | Adv. Proc. No. 16-51557 (KJC) |
| R. James Consulting, Inc.; | Adv. Proc. No. 16-51558 (KJC) |
| Peter Simons; | Adv. Proc. No. 16-51559 (KJC) |
| Troy Gould P.C.; | |
| Khan Pham; | Adv. Proc. No. 17-50015 (KJC) |
| State of North Dakota, Industrial Commission of North Dakota, Oil and Gas Division; | |
| Defendants | |
| -and- | |
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford Disposal Partners, L.P., et al., | |
| Plaintiff, | |
| | Adv. Proc. No. 17-50024 (KJC) |
| v. | |
| Citadel Energy Partners, LLC, et al. | |
| Defendants. | |

3. The Court shall maintain jurisdiction over the enforcement, interpretation, and implementation of this order.

Dated: May 23, 2017

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge