# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Citadel Watford Disposal Partners, L.P., *et al.*,[1] | Case No. 15-11323 (KJC) |
| Debtors. | (Jointly Administered) |
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., *et al.*, | |
| Plaintiff, | Adv. Pro. No. 17-50024 (KJC) |
| v. | |
| Citadel Energy Partners, LLC, *et al.*, | |
| Defendants, | |

## NOTICE OF WITHDRAWAL OF DOCUMENT 624

**PLEASE TAKE NOTICE** that the STIPULATION EXTENDING TIME FOR DEFENDANT LOUIS BRIDGES TO ANSWER, MOVE, OR OTHERWISE RESPOND TO AMENDED COMPLAINT efiled with the Court on November 27, 2017, D.I. 624, is hereby **WITHDRAWN**.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, Delaware 19801.

20027597v.1

-2-

                                WHITE and WILLIAMS LLP

                               __/s/ Nicholas Wynn_____
                               John D. Balaguer (Bar No. 2537)
                               Nicholas Wynn (Bar No. 5670)
                               Courthouse Square
                               600 N. King St., Ste. 800
                               Wilmington, DE  19801
                               Fax: (302) 654-0424
                               Email:wynnn@whiteandwilliams.com

Date: November 27, 2017         *Counsel to Louis Bridges*