# EXHIBIT A

{000 EXH A0469135.DOCX}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br>Jointly Administered<br><br>Re: D.I. \_\_\_\_ |

**ORDER GRANTING SECOND MOTION OF LIQUIDATION TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTIONS 105(A) AND 502, BANKRUPTCY RULES 3007 AND 9006, AND SECTION X.C OF CONFIRMED COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION, FOR ENTRY OF ORDER FURTHER EXTENDING TIME TO FILE OBJECTIONS TO CLAIMS**

Upon consideration of the Motion[2] filed by the Liquidation Trustee and any responses thereto; the Court having reviewed the Motion; the Court finding notice of the Motion was sufficient under the circumstances; after due deliberation the Court having determined that the relief requested in the Motion is justified and authorized pursuant to Sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rules 3007 and 9006, and Section X.C. of the confirmed Plan; the Court having jurisdiction to enter this order under 28 U.S.C. §§ 157(a) and 1334 and the United States District Court for the District of Delaware's Amended Standing Order of Reference, dated February 29, 2012;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Claims Objection Deadline is extended to August 31, 2018.

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520).  The mailing address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.
[2] Capitalized terms used herein are used as defined in the Motion.

{12058-001 OBJ A0502449.DOCX 3}

3. Entry of this Order is without prejudice to the rights of the Liquidation Trustee to request a further extension of the Claims Objection Deadline.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Date: April __, 2018

HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

{12058-001 OBJ A0502449.DOCX 3}