# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br>Jointly Administered<br><br>**Objections Due: Monday, April 9, 2018 at 4:00 p.m. (ET)**<br>**Hearing Date:   Tuesday, April 24, 2018 at 11:30 a.m. (ET)** |

**NOTICE OF SECOND MOTION OF LIQUIDATION TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTIONS 105(A) AND 502, BANKRUPTCY RULES 3007 AND 9006, AND SECTION X.C OF CONFIRMED COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION, FOR ENTRY OF ORDER FURTHER EXTENDING TIME TO FILE OBJECTIONS TO CLAIMS**

To:     Office of the United States Trustee for the District of Delaware and All Parties Requesting Notice Pursuant to Bankruptcy Rule 2002 and Local Rule 2002-1(b)

       Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust (the "Liquidation Trustee"), successor to Citadel Watford City Disposal Partners, L.P., et al., as debtors and debtors in possession in the above-captioned bankruptcy case (the "Debtors"), has filed the attached Second **Motion of Liquidation Trustee, Pursuant to Bankruptcy Code Sections 105(a) and 502, Bankruptcy Rules 3007 and 9006, and Section X.C. of the Confirmed Combined Disclosure Statement and Chapter 11 Plan of Liquidation, for Entry of Order Further Extending Time to File Objections to Claims** (the "Motion").

       Responses, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before Monday, April 9, 2018, at 4:00 p.m. (ET).  At the same time, you must serve a copy of your response on the undersigned counsel.

       **A HEARING ON THE RELIEF REQUESTED IN THE MOTION WILL BE HELD ON TUESDAY, APRIL 24, 2018, AT 11:30 A.M. (ET) BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF**

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520).  The mailing address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

**DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.**

      IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: March 26, 2018 | **SHAW FISHMAN GLANTZ & TOWBIN LLC** |
| | /s/ Johnna M. Darby |
| | Thomas M. Horan (DE Bar No. 4641) |
| | Johnna M. Darby (DE Bar No. 5153) |
| | 300 Delaware Ave., Suite 1370 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 480-9412 |
| | E-mail: thoran@shawfishman.com |
| | E-mail: jdarby@shawfishman.com |
| | |
| | -and- |
| | |
| | Allen J. Guon |
| | Allison Hudson |
| | 321 N. Clark St., Suite 800 |
| | Chicago, IL 60654 |
| | Telephone: (312) 980-3836 |
| | E-mail: ahudson@shawfishman.com |
| | E-mail: aguon@shawfishman.com |
| | |
| | *Counsel to Gavin/Solmonese LLC, Liquidation Trustee* |