IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11323 (KJC) |

### AFFIDAVIT OF OLHA RAFALOVSKY, LEGAL SECRETARY

STATE OF ILLINOIS    :
                     :  SS:
COOK COUNTY          :

I, Olha Rafalovsky, certify that on March 26, 2018, I caused a true and correct copy of the following document to be served via first class mail, postage prepaid, on the parties on the attached service list, and by CM/ECF on all parties registered to receive notices in this case:

**Second Motion Of Liquidation Trustee, Pursuant To Bankruptcy Code Sections 105(A) And 502, Bankruptcy Rules 3007 And 9006, And Section X.C Of Confirmed Combined Disclosure Statement And Chapter 11 Plan Of Liquidation, For Entry Of Order Further Extending Time To File Objections To Claims**

Service was completed upon the parties on the attached list as indicated thereon.

Dated: March 26, 2018

_____
Olha Rafalovsky

SWORN AND SUBSCRIBED before me this March 26, 2018.  _____

```
PARIS CARRAWAY-LOVE
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 10, 2020
```

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.
{12058-001 AFF A0502617.DOCX}

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- John D Balaguer    balaguerj@whiteandwilliams.com
- Joseph Charles Barsalona II    barsalona@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Richard Michael Beck    rbeck@klehr.com, lstanton@klehr.com
- Ian Connor Bifferato    cbifferato@tbf.legal, mstewart@tbf.legal
- L. John Bird    jbird@foxrothschild.com, idensmore@foxrothschild.com
- Michael G. Busenkell    mbusenkell@gsbblaw.com
- Linda J. Casey    Linda.Casey@usdoj.gov
- Johnna Darby    jdarby@shawfishman.com
- Emily Kathryn Devan    edevan@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
- R. Grant Dick    gdick@coochtaylor.com, cwalker@coochtaylor.com
- John A. Elzufon    jelzufon@elzufon.com, bboddy@elzufon.com
- Adam D Gold    agold@ramllp.com
- Thomas M. Horan    thoran@shawfishman.com
- Shannon Dougherty Humiston    shumiston@mccarter.com
- Roland Gary Jones    pacer.rolandjones@gmail.com
- Michael R. Lastowski    mlastowski@duanemorris.com
- Thomas G. Macauley    bk@macdelaw.com
- Peter C McGivney    pmcgivney@elzufon.com
- Kathleen M. Miller    kmiller@skjlaw.com, llb@skjlaw.com
- Robert W. Pedigo    rpedigo@coochtaylor.com, kwalch@coochtaylor.com
- Evan Rassman    evan.rassman@kutakrock.com
- Sommer Leigh Ross    slross@duanemorris.com
- Juliet M. Sarkessian    juliet.m.sarkessian@usdoj.gov
- Patricia H. Schrage    schragep@sec.gov
- Russell C. Silberglied    silberglied@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Sean Michael Sirkin    msirkin@ramllp.com, 9807404420@filings.docketbird.com;jlano@ramllp.com;jsullivan@ramllp.com;dcupingood@ramllp.com;CKwiatkowski@ramllp.com;agold@ramllp.com;hgibbons@ramllp.com; dkrech@ramllp.com;SMcConaghy@ramllp.com
- James Tobia    jimtobia@comcast.net;bankserve@tobialaw.com
- U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
- Sally E. Veghte    sveghte@klehr.com
- John R. Weaver    jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com
- Nicholas Robert Wynn    wynnn@whiteandwilliams.com

## U.S. Mail Notice List

Absorbent And Safety Solutions
PO Box 41047
Baton Rouge, La 70835

Benz Oil Co
700 27th Ave Se
Killdeer, Nd 58640

U.S. Securities And Exchange Commission
Brookfield Place, 200 Vesey St., Suite 400
New York, NY 10281

Department Of The Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Val's Sanitation LLC
2175 South Main
Dickinson, Nd 58601

K & R Roustabout, Inc.
Russell C. Silberglied
One Rodney Square
920 North King Street
Wilmington, DE 19801

Global Power Supply LLC
136 W. Canon Perdido
Suite 200
Santa Barbara, CA 93101

K & R Well Service, LLC
Russell C. Silberglied
One Rodney Square 9
Wilmington, DE 1980

Blue Star Capital
15819 Thistlebridge Drive
Rockville, MD 20853

Bakersfield Pipe And Supply (Bps)
116 104 X Ave Sw
Killdeer, ND 58640

David Cho
417 S. Hill St., Suite 1234
Los Angeles, CA 90013

Mid-States Supply Company, Inc.
1716 Guinotte Ave,
Kansas City, MO 64120

Ford Motor Credit Company
P.O. Box 62180
Colorado Springs, CO 80962-2170

Innova
82 Sansovino
Ladera Ranch, CA 92694

| | |
|---|---|
| K&R Roustabout<br>P.O. Box 210<br>Killdeer, ND 58640 | K&R Well Service<br>Po Box 210<br>Killdeer, ND 58640 |
| Lake View Svs LLC<br>5801 Lake Shore Est. Lot 3d<br>Beulah, ND 58523 | Fox Rothschild LLP<br>Carl D. Neff, Esquire<br>L. John Bird, Esquire<br>919 N. Market St., Ste. 300<br>Wilmington, DD 19801 |
| Mi Swaco<br>5950 North Course Drive<br>Houston, TX, 77072 | Mid State Supply Company, Inc.<br>Nw 6275<br>Po Box 1450<br>Minneapolis, MN 55485 |
| Mobile Data<br>2693 12th Ave W<br>Dickinson, ND 58601 | Nabors Completion<br>Po Box 975682<br>Dallas, TX 75397 |
| Northern Industrial Coating<br>4123 W. Villard Street<br>Dickinson, ND 58601 | Nov<br>7909 Parkwood Circle Dr.<br>Houston, TX 77036 |
| Citadel Energy Services, LLC<br>Pembroke Fields, LLC<br>Citadel Energy SWD Holdings, LLC<br>Citadel Watfod City Disposal Partners, LP<br>C/O Gavin/Solomonese LLC<br>919 N. Market Street, Suite 600<br>Wilmington, DE 19801<br>H2O Partners, LP<br>C/O Paul F. O'donnell, III<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA 02109 | Stinson Leonard<br>811 East Interstate Avenue<br>Bismark, ND 58503<br><br>Stinson Leonard Street LLP<br>Carl D. Obermiller<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN 55402 |

| | |
|---|---|
| T&E<br>221 Niehenke Street<br>Williston, ND 58801 | Tarpon<br>1400 Woodloch Forest Dr., Suite 410<br>The Woodlands, TX 77380-1117 |
| Trotter Construction<br>Po Box 206<br>Grassy Butte, ND 58634 | Troy Gould<br>Jeffrey Kramer, Esquire<br>1801 Century Park East, Ste. 1600<br>Los Angeles, CA 90067-2367 |
| United Oil Fields<br>C/O Charles Lakotas<br>Receivables Control<br>7373 Kirkwood Court, Ste 200<br>Maple Grove, MN 55369 | Wyoming Casing Service<br>Po Box 1153<br>Dickinson, ND 5860 |
| Juliet M. Sarkessian, Esq.<br>Linda J Casey, Esq.<br>Office Of United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | James Tobia<br>The Law Office Of James Tobia, LLC<br>1716 Wawaset Street<br>Wilmington, DE 19806 |
| Sentry Crane<br>Po Box 10638<br>Eugene, OR 97440 | Papercloud, Inc.<br>Drew Evans<br>340 S. Lemon Avenue, Suite 1209<br>Los Angeles, CA 91789 |
| Papercloud, Inc.<br>Laura Evans, Registered Agent<br>3204 Vickers Drive<br>Glendale, CA 91208 | Val's Sanitation<br>2175 South Main<br>Dickinson ND 58601 |
| Johnson Pump Svs<br>Po Box 651<br>Mohall ND 58761 | Northern States Fishing<br>Tool Co<br>P.O. Box 108<br>Sidney MT 59270 |

{12058-001 AFF A0502617.DOCX}

| | |
|---|---|
| Power Fuels - Nuvera<br>Po Box 1369<br>Minot ND 58702 | Moberg Energy<br>505 4th St Ne<br>Po Box 546<br>Watford City ND 58854 |
| Owl<br>1705 Road 2054<br>Culbertson MT 59218 | Pro Tank Products, Inc.<br>P.O Box 347<br>Plentywood MT 59254-0347 |
| Sunland Field Services Inc<br>Po Box 1087<br>Eunice LA 70535 | Sure Sign<br>1283 W. Villard Street<br>Dickinson ND 58601 |
| Kranks Landscaping & Dirtworks, LLC<br>Dba Kld<br>734 8th Ave Se<br>Dickinson, ND 58601 | Taney Engineering, Inc<br>C/O Sanstead Law Office PLLC<br>Po Box 2596<br>Bismarck, ND 58502-2596 |
| H&L Rentals And Well Service<br>4977 140th Ave Nw<br>Williston ND 58801 | Preferred Controls Corp<br>460 Huskie Drive<br>Suite 102<br>Albany MN 56307 |
| Hawkeye Oilfield Supply<br>3000 2nd Ave Sw #D<br>Watford City ND 58854 | Powder River<br>219 S. Wooddale Avenue<br>Eagle ID 83616 |
| Advanced Business Methods<br>1515 13th Ave East<br>West Fargo ND 58078 | Kadrmas, Lee And Jackson<br>Po Box 4130<br>Bismarck ND 58502 |

Kld
734 8th Avenue Se
Dickinson ND 58601

Crowley Fleck
Po Box 30441
Billings MT 59107

Bot
113 S Main St
Watford City ND 58854

Nathan Dahl
120 Evergreen Lane
Watford City ND 58854

Wolf Creek Development
25 Nw 23rd Avenue
Suite 6, Pmb 472
Portland OR 97210

Wyoming Department Of Revenue
122 West 25th Street, 2nd Floor West
Cheyenne, Wyoming 82002-0110

Snow Creek Meat Processing
329 Snow Creek Road
Seneca SC 29678

Stark & Stark, P.C.
Attn: Bari J. Gambacorta, Esquire
P.O. Box 5315
Princeton, NJ 08543

Stark & Stark, P.C.
Attn: John R. Weaver, Jr., Esquire
P.O. Box 510
Wilmington, DE 19899

Kim Fugere Trucking, LLC
45 South Ave East
Richardton, ND 58652

247 Contracting Services, LLC
C/O Sanstead Law Office PLLC
Po Box 2596
Bismarck, ND 58502

Clark Advisory Services, LLC
414 Brentwood Dr.
Atlanta, GA 30305

E&I Global Energy Services Inc.
14558 Red Sequoia Dr.
Baxter, MN 56425

Russell C. Silberglied, Esq.
Jason M. Madron, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
902 North King Street
Wilmington, DE 19801

Sni Companies
Attn: Todd Francis
4500 Westown Parkway
Regency West 5, Suite 120
West Des Moines, IA 50266

Sni Companies
Po Box 814238
Hollywood, FL 33081

Focus Capital Partners LLC
11150 Santa Monica Boulevard B
Los Angeles, Ca 90025

James E. Manley
Atlantic-Pacific Capital, Inc.
102 Greenwich Ave., 2nd Floor
Greenwich, CT 06830

Eig5, LLC
6770 South Mccarran Blvd., Suite 202
Reno, NV 89509

Yardie LLC
C/O The Company Corp.
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808

Credit Bureau Of Bismarck
Po Box 1033
Bismarck, ND 58502

Nabors Completion & Production Services Co.
C&J Energy Services, Ltd.
3990 Rogerdale Rd.
(Attn: Chad Kell)
Houston, TX 77042

Hu Family Trust
735 Campbell Ave.
Los Altos, CA 94024

Stephen Eric Howard
1721 Havenhurst Drive
Los Altos, CA 94024

Turchet Construction
139 Crescent Ave.
Portola Valley, CA 94028

Lesley Ehrenfeld Irrevocable Trust
Po Box 3072
Incline Village, NY 89450

E & I Global Energy Services, Inc.
11287 Ash Ave.
Brainerd, MN 56401

Douglas Emmett 2008, Llc
808 Wilshire Boulevard, Suite 200
Santa Monica, CA 90401

The Conifer Alliance Foundation
Gerald Lawrence
Po Box 3081
Los Altos, CA 94024

Dennis M. & Charlis A. Lawrence
86544 Bailey Hill Loop
Eugene, OR 97405

State Of Wyoming
State Capitol Bldg Rm. 110
200 West 24th Street
Cheyenne, WY 82002

Irs/Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101

State Of North Dakota
Secretary Of State
600 E. Blvd. Avenue, Dept 108
Bismarck, ND 58505

North Dakota Attorney General
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505

State Of North Dakota
Office Of State Tax Commissioner
600 E Boulevard Ave.
Bismarck, ND 58505-0599

North Dakota Industrial Commission, Department
Of Mineral Resources, Oil And Gas Division
600 East Boulevard Ave, Dept 405,
Bismarck, ND 58505-0840

Nerissa Diaz
C/O Law Offices Of Philip J. Kaplan
3278 Wilshire Blvd., Suite 106
Los Angeles, CA 90010

Michael & Claudia Capeloto
C/O American Landmark Homes
1168 Hanline Circle
Kaysville, UT 84037

Douglas Emmett 2008, LLC
C/O Morris Nichols Arsht & Tunnell Llp
Attn: Matthew Harvey
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801

Richard M. Beck
Sally E. Veghte
Klehr Harrison Harvey Branzburg LP
919 North Market Street, Suite 1000
Wilmington, DE 19801

Securities And Exchange Commission
One Penn Center
1617 Jfk Boulevard, Suite 520
Philadelphia, PA 19103

Time Warner Cable
100 N La Cienega Blvd, Suite B231
Los Angeles, CA 90048

{12058-001 AFF A0502617.DOCX}

| | |
|---|---|
| FedEx<br>Po Box 7221<br>Pasadena, CA 91109 | American Relocation & Logistics<br>13565 Larwin Circle<br>Sante Fe Springs, CA 90670 |
| Paracorp Inc Dba Parasec<br>Po Box 160568<br>Sacramento, CA 95816 | Rt Cox Law Firm<br>910 East Third Street, Suite A<br>Gillette, WY 82716 |
| Edd<br>Po Box 826215 Mic3a<br>Sacramento, CA 94230 | H2o Partners, LP<br>C/O H2o-Gp2, LLC<br>6770 S Mccarran Blvd #202<br>Reno, NV 89509 |
| Securities And Exchange Commission<br>100 F Street, Ne<br>Washington, DC 20549 | Kathleen Miller, Esq.<br>Smith Katzenstein & Jenkins LLP<br>1000 West Street, Suite 1501<br>P.O. Box 410<br>Wilmington, DE 19801 |
| Salesforce<br>1 Market St #300<br>San Francisco, CA 94105 | Rockwater Energy Solutions North Dakota, Inc.<br>C/O Olson & Burns P.C.<br>P.O. Box 1180<br>Minot ND 58702 |
| Wise Services, Inc.<br>P.O. Box 427<br>Lyman, WY 82937 | Mi Swaco<br>P.O. Box 732135<br>Dallas, TX 75373 |
| Nathan Dahl<br>C/O Michael R. Lastowski, Esq.<br>Sommer L. Ross, Esq.<br>Duane Morris Llp<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659 | Thomas J. Francella, Jr., Esq.<br>Whiteford Taylor Preston Llc<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801 |

Paul F. O'donnell, Iii, Esq.
Kevin J. O'connor, Esq.
Hinckley, Allen & Snyder Llp
28 State Street
Boston, MA 02109-1775

Meadow Lark Companies
935 Lake Elmo Drive
Billings, MT 59105

Ford
P.O. Box 552670
Detroit, MI 48255

Rtc
24 N Main Street
Parshall, ND 58770

Montana Dakota Power
Po Box 5600
Bismarck, ND 58506

Xto Energy
P.O. Box 6501
Englewood, CO 80155

ConocoPhillips Msa
Burlington Resources
P.O. Box 2200
Bartlesville, OK 74005

Slawson Exploration
1350 17th Street, Suite 150
Denver, CO 80202

Msa
1700 Broadway, Ste. 2300
Denver, CO 80290

Roland Gary Jones, Esq.
Jones & Associates
1745 Broadway, 17th Floor
New York, NY 10019

Whiting Petroleum Corp.
1700 Broadway, Ste. 2300
Denver, CO 80290

Machelle Siverson
Po Box 2539
Watford City ND 58854

Energy Drilling, Llc Subcontractor
C/O Warren R. Markowitz, Esquire
7260 W. Azure Drive
Suite 140-100,
Las Vegas, Nevada 89130

Melvinville, Llc
Dba North Dakota Housing, Llc
740 Bowman St
Po Box 9
Stewart, MN 55385

| | |
|---|---|
| Bakersfield Pipe & Supply Inc.<br>3301 Zachary Avenue<br>Shafter, CA 93263 | Bruce Langhus<br>Po Box 149<br>Gagetown, New Brunswick Esm1a1<br>Canada |
| Delaware Division Of Revenue<br>Carvel State Office Building<br>820 North French Street<br>Wilmington, DE 19801 | Fort Berthold Water Partners LP<br>C/O Secretary Of State's Office - Dover<br>401 Federal Street<br>Dover, DE 19901 |
| Law Offices Of Louis Bridges<br>5784 Lake Forrest Drive, Suite 270<br>Atlanta GA 30328 | J.W. Equities Llc<br>Joseph Wilen<br>2525 Woodward Way Nw<br>Atlanta, GA 30305-3563 |
| Michael G. Busenkell<br>Gellert Scali Busenkell & Brown, Llc<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801 | Ericka F. Johnson<br>Womble Carlyle Sandridge & Johnson, Llp<br>222 Delaware Ave., Suite 1501<br>Wilmington, DE 19801 |
| Alastair Smith, Carl Cowards, North Dakota Water Partners, Llc, And North Dakota Water Solutions, Lp<br>C/O Alexander M. Merino, Esq.<br>Merino Yebri Llp<br>1925 Century Park East, Ste. 2140<br>Los Angeles, CA 90067 | Jonathan P. Reuben, C.P.A.<br>C/O Evan Naoyoshi Okamura<br>Reback Mcandrews Kjar<br>Stockalper & Moore Llp<br>1230 Rosecrans Ave., Ste. 450<br>Manhattan Beach, CA 90266 |
| Mark Dunaway<br>C/O Paul Wexler Sande, Esq.<br>Rachel D Stanger, Esq., Brandon C Fernald, Esq.<br>Fernald Law Group, Llp<br>510 West Sixth Street Suite 700 | Mr. J. Stanton Dodson<br>20288 Via Midici<br>Porter Ranch, CA 91326 |
| Leland Properties, LLC et al.<br>C/O Farhad Novian, Esq.<br>Jonathan A. Schaub, Esq.<br>Novian & Novian, LLP<br>1801 Century Park East, Ste. 1201<br>Los Angeles, CA 90067 | Kaye Scholer LLP<br>Attn: Stephen Koval, Esq.<br>250 West 55th Street<br>New York, NY 10019-9710 |

Burlington Resources Oil & Gas Co.
Attn: Renita D. King
600 N. Dairy Ashford, Ml 1080
Houston, TX 77079

E&I Global Energy Services Inc.
11287 Ash Ave.
Brainerd, MN 56401

Jwe Investment Management Services LLC
Jw Equities LLClc
Po Box 20418
Atlanta, GA 30325

Jw Equities LLC
P.O. Box 20418
Atlanta, Ga 30325

Jwgst LLC
P.O. Box 20418
Atlanta, GA 20418

Peter Simons
22262 Robin Avenue
Glidden, IA 51443

Jwgst LLC
Jw Equities LLC
Po Box 20418
Atlanta, GA 30325

Justin Ross
9903 Santa Monica Blvd. #135
Beverly Hills, CA 90212

Reservation Telephone Cooperative (Rtc)
Po Box 68
Parshall, ND 58770

North Star Logistics, LLC
1399 Franklin Blvd., Suite 300
Eugene, OR 97401

J.W. Equities LLC, James E. Manley, Yardie LLC, Eig5, LLC
C/O James Manley
102 Greenwich Avenue
Greenwich, CT 06830

R&R Oilfield Services
12218 302nd Ave
Mound City, SD 57646