## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

Debtor's Name: **Citadel Watford City Disposal Partners L.P.** *et al.*

Bank: **Rabobank, N.A.**
**Rabobank, N.A.**

Bankruptcy Case Number: **15-11323 (KJC)**

Account Number: **xxxxxx1066**
**xxxxxx1067**

Date of Confirmation: **March 9, 2017**

Account Type: **DIP Proceeds Account (1066)**
**Litigation Proceeds (1067)**

Reporting Period (month/year): **June/2018**

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | **20.37** |
| All receipts received by the debtor: | | |
| Receipt of Interest: | $ | **0.00** |
| Collection of Accounts Receivable: | $ | **0.00** |
| Proceeds from Litigation (settlement or otherwise): | $ | **87,500.00** |
| Other Receipts: | $ | **0.00** |
| Total Receipts: | $ | **87,500.00** |
| Total of cash available: | $ | **87,520.37** |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | **1,626.68** |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals (inc. final fee apps): | $ | **84,167.51** |
| All other disbursements made in ordinary course: | $ | **0.00** |
| Total Disbursements | $ | **85,749.19** |
| Ending Cash Balance | $ | **1,726.18** |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: July 31, 2018

Name/Title: *Edward A. Gavin*

Ted Gavin
*Trustee*
Citadel Creditors' Trust

WM1A 958362v2 07/14/10

**Balance Sheet**

| ASSETS | 6/30/2018 | |
|---|---|---|
| Cash (Unrestricted) | 1,726.18 | |
| Cash (Restricted) | 0.00 | |
| Accounts Receivable (Net) | 0.00 | |
| Inventory | 0.00 | |
| Notes Receivable | 0.00 | |
| Prepaid Expenses (retainers, DIP advances) | 0.00 | |
| Other (Attach List) ** | 0.00 | |
| *Total Current Assets* | 1,726.18 | |
| Property, Plant & Equipment | | |
| Real Property & Improvements *** | 0.00 | |
| Machinery & Equipment | 0.00 | |
| Furniture, Fixtures & Office Equipment | 0.00 | |
| Vehicles | 0.00 | |
| Leasehold Improvements | 0.00 | |
| Less: Accumulated Deprec/Depletion | 0.00 | |
| *Total Property, Plant & Equipment* | 0.00 | |
| Due from Affiliates & Insiders | 0.00 | |
| Other (Attach List) **** | 0.00 | |
| *Total Assets* | 1,726.18 | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | 0.00 | |
| Taxes Payable *(estimated accrual)* | 0.00 | |
| Notes Payable | 0.00 | |
| Professional Fees *(per final fee applications)* | $ 1,815,423.16 | |
| Secured Debt | 461,500.00 | |
| Due to Affiliates & Insiders | 0.00 | |
| Other (Attach List) | 0.00 | |
| Total Postpetition Liabilities | $ 2, 276,923.00 | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Administrative Claims – Per Plan | $0.00 | |
| Secured Debt – Per Plan | 0.00 | |
| Priority Debt - Per Plan *(estimated)* | 3,496.00 | |
| Unsecured Debt - Per Plan *(estimated)* | 7,102,967.00 | |
| Other (Attach List) - Per Plan | 0.00 | |
| Total Prepetition Liabilities *(estimated)* | $7,106,463.00 | |
| Total Liabilities | $9,383,386.00 | |
| **Equity** | | |
| Common Stock | 0.00 | |
| Retained Earnings (Deficit) | 0.00 | |
| Total Equity (Deficit) | 0.00 | |