## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br>**Related to Docket Nos. 660 and 661** |

### CERTIFICATE OF SERVICE

I, Thomas M. Horan, hereby certify that on October 2, 2018, true and correct copies of:

(a) *Order Sustaining Liquidation Trustee's Third Omnibus Objection to Certain (A) Insufficient Documentation Claims, (B) Duplicative Claims, and (C) Priority Claims (Non-Substantive) [D.I. 660]*; and

(b) *Order Sustaining Liquidation Trustee's Fourth Omnibus Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Rule 3007 of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (Substantive) [D.I. 661]*

were served as follows: (1) electronically on those parties who consented to electronic service; and (2) by first class mail on all remaining parties.

> */s/ Thomas M. Horan*
> Thomas M. Horan (DE Bar No. 4641)
> **FOX ROTHSCHILD LLP**
> 919 N. Market Street, Suite 300
> Wilmington, DE 19801
> Telephone: (302) 654-7444
> Facsimile: (302) 656-8920
> E-mail: thoran@foxrothschild.com
>
> *Counsel to Gavin/Solmonese LLC, Liquidation Trustee*

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

67185349.v1-10/2/18

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- John D Balaguer    balaguerj@whiteandwilliams.com
- Joseph Charles Barsalona II    barsalona@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Richard Michael Beck    rbeck@klehr.com, lstanton@klehr.com
- Ian Connor Bifferato    cbifferato@tbf.legal, mstewart@tbf.legal
- L. John Bird    jbird@foxrothschild.com, idensmore@foxrothschild.com
- Michael G. Busenkell    mbusenkell@gsbblaw.com
- Linda J. Casey    Linda.Casey@usdoj.gov
- Johnna Darby    jdarby@shawfishman.com
- Emily Kathryn Devan    edevan@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
- R. Grant Dick    gdick@coochtaylor.com, cwalker@coochtaylor.com
- John A. Elzufon    jelzufon@elzufon.com, bboddy@elzufon.com
- Adam D Gold    agold@ramllp.com
- Thomas M. Horan    thoran@shawfishman.com
- Shannon Dougherty Humiston    shumiston@mccarter.com
- Roland Gary Jones    pacer.rolandjones@gmail.com
- Michael R. Lastowski    mlastowski@duanemorris.com
- Thomas G. Macauley    bk@macdelaw.com
- Peter C McGivney    pmcgivney@elzufon.com
- Kathleen M. Miller    kmiller@skjlaw.com, llb@skjlaw.com
- Robert W. Pedigo    rpedigo@coochtaylor.com, kwalch@coochtaylor.com
- Evan Rassman    evan.rassman@kutakrock.com
- Sommer Leigh Ross    slross@duanemorris.com
- Juliet M. Sarkessian    juliet.m.sarkessian@usdoj.gov
- Patricia H. Schrage    schragep@sec.gov
- Russell C. Silberglied    silberglied@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Sean Michael Sirkin    msirkin@ramllp.com, 9807404420@filings.docketbird.com;jlano@ramllp.com;jsullivan@ramllp.com;dcupingood@ramllp.com;CKwiatkowski@ramllp.com;agold@ramllp.com;hgibbons@ramllp.com; dkrech@ramllp.com;SMcConaghy@ramllp.com
- James Tobia    jimtobia@comcast.net;bankserve@tobialaw.com
- U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
- Sally E. Veghte    sveghte@klehr.com
- John R. Weaver    jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com
- Nicholas Robert Wynn    wynnn@whiteandwilliams.com

## U.S. Mail Notice List

| | |
|---|---|
| Absorbent And Safety Solutions<br>PO Box 41047<br>Baton Rouge, La 70835 | Benz Oil Co<br>700 27th Ave Se<br>Killdeer, Nd 58640 |
| U.S. Securities And Exchange Commission<br>Brookfield Place, 200 Vesey St., Suite 400<br>New York, NY 10281 | Department Of The Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Val's Sanitation LLC<br>2175 South Main<br>Dickinson, Nd 58601 | K & R Roustabout, Inc.<br>Russell C. Silberglied<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 |
| Global Power Supply LLC<br>136 W. Canon Perdido<br>Suite 200<br>Santa Barbara, CA 93101 | K & R Well Service, LLC<br>Russell C. Silberglied<br>One Rodney Square 9<br>Wilmington, DE 1980 |
| Blue Star Capital<br>15819 Thistlebridge Drive<br>Rockville, MD 20853 | Bakersfield Pipe And Supply (Bps)<br>116 104 X Ave Sw<br>Killdeer, ND 58640 |
| David Cho<br>417 S. Hill St., Suite 1234<br>Los Angeles, CA 90013 | Mid-States Supply Company, Inc.<br>1716 Guinotte Ave,<br>Kansas City, MO 64120 |
| Ford Motor Credit Company<br>P.O. Box 62180<br>Colorado Springs, CO 80962-2170 | Innova<br>82 Sansovino<br>Ladera Ranch, CA 92694 |

| | |
|---|---|
| K&R Roustabout<br>P.O. Box 210<br>Killdeer, ND 58640 | K&R Well Service<br>Po Box 210<br>Killdeer, ND 58640 |
| Lake View Svs LLC<br>5801 Lake Shore Est. Lot 3d<br>Beulah, ND 58523 | Fox Rothschild LLP<br>Carl D. Neff, Esquire<br>L. John Bird, Esquire<br>919 N. Market St., Ste. 300<br>Wilmington, DE 19801 |
| Mi Swaco<br>5950 North Course Drive<br>Houston, TX, 77072 | Mid State Supply Company, Inc.<br>Nw 6275<br>Po Box 1450<br>Minneapolis, MN 55485 |
| Mobile Data<br>2693 12th Ave W<br>Dickinson, ND 58601 | Nabors Completion<br>Po Box 975682<br>Dallas, TX 75397 |
| Northern Industrial Coating<br>4123 W. Villard Street<br>Dickinson, ND 58601 | Nov<br>7909 Parkwood Circle Dr.<br>Houston, TX 77036 |
| Citadel Energy Services, LLC<br>Pembroke Fields, LLC<br>Citadel Energy SWD Holdings, LLC<br>Citadel Watfod City Disposal Partners, LP<br>C/O Gavin/Solomonese LLC<br>919 N. Market Street, Suite 600<br>Wilmington, DE 19801<br>H2O Partners, LP<br>C/O Paul F. O'donnell, III<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA 02109 | Stinson Leonard<br>811 East Interstate Avenue<br>Bismark, ND 58503<br><br><br>Stinson Leonard Street LLP<br>Carl D. Obermiller<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN 55402 |

| | |
|---|---|
| T&E<br>221 Niehenke Street<br>Williston, ND 58801 | Tarpon<br>1400 Woodloch Forest Dr., Suite 410<br>The Woodlands, TX 77380-1117 |
| Trotter Construction<br>Po Box 206<br>Grassy Butte, ND 58634 | Troy Gould<br>Jeffrey Kramer, Esquire<br>1801 Century Park East, Ste. 1600<br>Los Angeles, CA  90067-2367 |
| United Oil Fields<br>C/O Charles Lakotas<br>Receivables Control<br>7373 Kirkwood Court, Ste 200<br>Maple Grove, MN  55369 | Wyoming Casing Service<br>Po Box 1153<br>Dickinson, ND 5860 |
| Juliet M. Sarkessian, Esq.<br>Linda J Casey, Esq.<br>Office Of United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | James Tobia<br>The Law Office Of James Tobia, LLC<br>1716 Wawaset Street<br>Wilmington, DE 19806 |
| Sentry Crane<br>Po Box 10638<br>Eugene, OR 97440 | Papercloud, Inc.<br>Drew Evans<br>340 S. Lemon Avenue, Suite 1209<br>Los Angeles, CA 91789 |
| Papercloud, Inc.<br>Laura Evans, Registered Agent<br>3204 Vickers Drive<br>Glendale, CA 91208 | Val's Sanitation<br>2175 South Main<br>Dickinson ND 58601 |
| Johnson Pump Svs<br>Po Box 651<br>Mohall ND 58761 | Northern States Fishing<br>Tool Co<br>P.O. Box 108<br>Sidney MT 59270 |

| | |
|---|---|
| Power Fuels - Nuvera<br>Po Box 1369<br>Minot ND 58702 | Moberg Energy<br>505 4th St Ne<br>Po Box 546<br>Watford City ND 58854 |
| Owl<br>1705 Road 2054<br>Culbertson MT 59218 | Pro Tank Products, Inc.<br>P.O Box 347<br>Plentywood MT 59254-0347 |
| Sunland Field Services Inc<br>Po Box 1087<br>Eunice LA 70535 | Sure Sign<br>1283 W. Villard Street<br>Dickinson ND 58601 |
| Kranks Landscaping & Dirtworks, LLC<br>Dba Kld<br>734 8th Ave Se<br>Dickinson, ND 58601 | Taney Engineering, Inc<br>C/O Sanstead Law Office PLLC<br>Po Box 2596<br>Bismarck, ND 58502-2596 |
| H&L Rentals And Well Service<br>4977 140th Ave Nw<br>Williston ND 58801 | Preferred Controls Corp<br>460 Huskie Drive<br>Suite 102<br>Albany MN 56307 |
| Hawkeye Oilfield Supply<br>3000 2nd Ave Sw #D<br>Watford City ND 58854 | Powder River<br>219 S. Wooddale Avenue<br>Eagle ID 83616 |
| Advanced Business Methods<br>1515 13th Ave East<br>West Fargo ND 58078 | Kadrmas, Lee And Jackson<br>Po Box 4130<br>Bismarck ND 58502 |

| | |
|---|---|
| Kld<br>734 8th Avenue Se<br>Dickinson ND 58601 | Crowley Fleck<br>Po Box 30441<br>Billings MT 59107 |
| Bot<br>113 S Main St<br>Watford City ND 58854 | Nathan Dahl<br>120 Evergreen Lane<br>Watford City ND 58854 |
| Wolf Creek Development<br>25 Nw 23rd Avenue<br>Suite 6, Pmb 472<br>Portland OR 97210 | Wyoming Department Of Revenue<br>122 West 25th Street, 2nd Floor West<br>Cheyenne, Wyoming 82002-0110 |
| Snow Creek Meat Processing<br>329 Snow Creek Road<br>Seneca SC 29678 | Stark & Stark, P.C.<br>Attn: Bari J. Gambacorta, Esquire<br>P.O. Box 5315<br>Princeton, NJ 08543 |
| Stark & Stark, P.C.<br>Attn: John R. Weaver, Jr., Esquire<br>P.O. Box 510<br>Wilmington, DE 19899 | Kim Fugere Trucking, LLC<br>45 South Ave East<br>Richardton, ND 58652 |
| 247 Contracting Services, LLC<br>C/O Sanstead Law Office PLLC<br>Po Box 2596<br>Bismarck, ND 58502 | Clark Advisory Services, LLC<br>414 Brentwood Dr.<br>Atlanta, GA 30305 |
| E&I Global Energy Services Inc.<br>14558 Red Sequoia Dr.<br>Baxter, MN 56425 | Russell C. Silberglied, Esq.<br>Jason M. Madron, Esq.<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>902 North King Street<br>Wilmington, DE 19801 |

| | |
|---|---|
| Sni Companies<br>Attn: Todd Francis<br>4500 Westown Parkway<br>Regency West 5, Suite 120<br>West Des Moines, IA 50266 | Sni Companies<br>Po Box 814238<br>Hollywood, FL 33081 |
| Focus Capital Partners LLC<br>11150 Santa Monica Boulevard B<br>Los Angeles, Ca  90025 | James E. Manley<br>Atlantic-Pacific Capital, Inc.<br>102 Greenwich Ave., 2nd Floor<br>Greenwich, CT 06830 |
| Eig5, LLC<br>6770 South Mccarran Blvd., Suite 202<br>Reno, NV  89509 | Yardie LLC<br>C/O The Company Corp.<br>2711 Centerville Rd, Ste. 400<br>Wilmington, DE 19808 |
| Credit Bureau Of Bismarck<br>Po Box 1033<br>Bismarck, ND 58502 | Nabors Completion & Production Services Co.<br>C&J Energy Services, Ltd.<br>3990 Rogerdale Rd.<br>(Attn: Chad Kell)<br>Houston, TX 77042 |
| Hu Family Trust<br>735 Campbell Ave.<br>Los Altos, CA 94024 | Stephen Eric Howard<br>1721 Havenhurst Drive<br>Los Altos, CA 94024 |
| Turchet Construction<br>139 Crescent Ave.<br>Portola Valley, CA 94028 | Lesley Ehrenfeld Irrevocable Trust<br>Po Box 3072<br>Incline Village, NY 89450 |
| E & I Global Energy Services, Inc.<br>11287 Ash Ave.<br>Brainerd, MN 56401 | Douglas Emmett 2008, Llc<br>808 Wilshire Boulevard, Suite 200<br>Santa Monica, CA 90401 |

| | |
|---|---|
| The Conifer Alliance Foundation<br>Gerald Lawrence<br>Po Box 3081<br>Los Altos, CA 94024 | Dennis M. & Charlis A. Lawrence<br>86544 Bailey Hill Loop<br>Eugene, OR 97405 |
| State Of Wyoming<br>State Capitol Bldg Rm. 110<br>200 West 24th Street<br>Cheyenne, WY 82002 | Irs/Centralized Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA 19101 |
| State Of North Dakota<br>Secretary Of State<br>600 E. Blvd. Avenue, Dept 108<br>Bismarck, ND 58505 | North Dakota Attorney General<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505 |
| State Of North Dakota<br>Office Of State Tax Commissioner<br>600 E Boulevard Ave.<br>Bismarck, ND 58505-0599 | North Dakota Industrial Commission, Department Of Mineral Resources, Oil And Gas Division<br>600 East Boulevard Ave, Dept 405,<br>Bismarck, ND 58505-0840 |
| Nerissa Diaz<br>C/O Law Offices Of Philip J. Kaplan<br>3278 Wilshire Blvd., Suite 106<br>Los Angeles, CA 90010 | Michael & Claudia Capeloto<br>C/O American Landmark Homes<br>1168 Hanline Circle<br>Kaysville, UT 84037 |
| Douglas Emmett 2008, LLC<br>C/O Morris Nichols Arsht & Tunnell Llp<br>Attn: Matthew Harvey<br>1201 N. Market Street, 16th Floor<br>Wilmington, Delaware 19801 | Richard M. Beck<br>Sally E. Veghte<br>Klehr Harrison Harvey Branzburg LP<br>919 North Market Street, Suite 1000<br>Wilmington, DE 19801 |
| Securities And Exchange Commission<br>One Penn Center<br>1617 Jfk Boulevard, Suite 520<br>Philadelphia, PA 19103 | Time Warner Cable<br>100 N La Cienega Blvd, Suite B231<br>Los Angeles, CA 90048 |

| | |
|---|---|
| FedEx<br>Po Box 7221<br>Pasadena, CA 91109 | American Relocation & Logistics<br>13565 Larwin Circle<br>Sante Fe Springs, CA 90670 |
| Paracorp Inc Dba Parasec<br>Po Box 160568<br>Sacramento, CA 95816 | Rt Cox Law Firm<br>910 East Third Street, Suite A<br>Gillette, WY 82716 |
| Edd<br>Po Box 826215 Mic3a<br>Sacramento, CA 94230 | H2o Partners, LP<br>C/O H2o-Gp2, LLC<br>6770 S Mccarran Blvd #202<br>Reno, NV 89509 |
| Securities And Exchange Commission<br>100 F Street, Ne<br>Washington, DC 20549 | Kathleen Miller, Esq.<br>Smith Katzenstein & Jenkins LLP<br>1000 West Street, Suite 1501<br>P.O. Box 410<br>Wilmington, DE 19801 |
| Salesforce<br>1 Market St #300<br>San Francisco, CA 94105 | Rockwater Energy Solutions North Dakota, Inc.<br>C/O Olson & Burns P.C.<br>P.O. Box 1180<br>Minot ND 58702 |
| Wise Services, Inc.<br>P.O. Box 427<br>Lyman, WY 82937 | Mi Swaco<br>P.O. Box 732135<br>Dallas, TX 75373 |
| Nathan Dahl<br>C/O Michael R. Lastowski, Esq.<br>Sommer L. Ross, Esq.<br>Duane Morris Llp<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659 | Thomas J. Francella, Jr., Esq.<br>Whiteford Taylor Preston Llc<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801 |

Paul F. O'donnell, Iii, Esq.
Kevin J. O'connor, Esq.
Hinckley, Allen & Snyder Llp
28 State Street
Boston, MA 02109-1775

Meadow Lark Companies
935 Lake Elmo Drive
Billings, MT 59105

Ford
P.O. Box 552670
Detroit, MI 48255

Rtc
24 N Main Street
Parshall, ND 58770

Montana Dakota Power
Po Box 5600
Bismarck, ND 58506

Xto Energy
P.O. Box 6501
Englewood, CO 80155

ConocoPhillips Msa
Burlington Resources
P.O. Box 2200
Bartlesville, OK 74005

Slawson Exploration
1350 17th Street, Suite 150
Denver, CO 80202

Msa
1700 Broadway, Ste. 2300
Denver, CO 80290

Roland Gary Jones, Esq.
Jones & Associates
1745 Broadway, 17th Floor
New York, NY 10019

Whiting Petroleum Corp.
1700 Broadway, Ste. 2300
Denver, CO 80290

Machelle Siverson
Po Box 2539
Watford City ND 58854

Energy Drilling, Llc Subcontractor
C/O Warren R. Markowitz, Esquire
7260 W. Azure Drive
Suite 140-100,
Las Vegas, Nevada 89130

Melvinville, Llc
Dba North Dakota Housing, Llc
740 Bowman St
Po Box 9
Stewart, MN 55385

| | |
|---|---|
| Bakersfield Pipe & Supply Inc.<br>3301 Zachary Avenue<br>Shafter, CA 93263 | Bruce Langhus<br>Po Box 149<br>Gagetown, New Brunswick Esm1a1<br>Canada |
| Delaware Division Of Revenue<br>Carvel State Office Building<br>820 North French Street<br>Wilmington, DE 19801 | Fort Berthold Water Partners LP<br>C/O Secretary Of State's Office - Dover<br>401 Federal Street<br>Dover, DE 19901 |
| Law Offices Of Louis Bridges<br>5784 Lake Forrest Drive, Suite 270<br>Atlanta GA 30328 | J.W. Equities Llc<br>Joseph Wilen<br>2525 Woodward Way Nw<br>Atlanta, GA 30305-3563 |
| Michael G. Busenkell<br>Gellert Scali Busenkell & Brown, Llc<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801 | Ericka F. Johnson<br>Womble Carlyle Sandridge & Johnson, Llp<br>222 Delaware Ave., Suite 1501<br>Wilmington, DE 19801 |
| Alastair Smith, Carl Cowards, North Dakota Water Partners, Llc, And North Dakota Water Solutions, Lp<br>C/O Alexander M. Merino, Esq.<br>Merino Yebri Llp<br>1925 Century Park East, Ste. 2140<br>Los Angeles, CA 90067 | Jonathan P. Reuben, C.P.A.<br>C/O Evan Naoyoshi Okamura<br>Reback Mcandrews Kjar Stockalper & Moore Llp<br>1230 Rosecrans Ave., Ste. 450<br>Manhattan Beach, CA 90266 |
| Mark Dunaway<br>C/O Paul Wexler Sande, Esq.<br>Rachel D Stanger, Esq., Brandon C Fernald, Esq.<br>Fernald Law Group, Llp<br>510 West Sixth Street Suite 700 | Mr. J. Stanton Dodson<br>20288 Via Midici<br>Porter Ranch, CA 91326 |
| Leland Properties, LLC et al.<br>C/O Farhad Novian, Esq.<br>Jonathan A. Schaub, Esq.<br>Novian & Novian, LLP<br>1801 Century Park East, Ste. 1201<br>Los Angeles, CA 90067 | Kaye Scholer LLP<br>Attn: Stephen Koval, Esq.<br>250 West 55th Street<br>New York, NY 10019-9710 |

| | |
|---|---|
| Burlington Resources Oil & Gas Co.<br>Attn: Renita D. King<br>600 N. Dairy Ashford, Ml 1080<br>Houston, TX 77079 | E&I Global Energy Services Inc.<br>11287 Ash Ave.<br>Brainerd, MN 56401 |
| Jwe Investment Management Services LLC<br>Jw Equities LLClc<br>Po Box 20418<br>Atlanta, GA 30325 | Jw Equities LLC<br>P.O. Box 20418<br>Atlanta, Ga 30325 |
| Jwgst LLC<br>P.O. Box 20418<br>Atlanta, GA 20418 | Peter Simons<br>22262 Robin Avenue<br>Glidden, IA 51443 |
| Jwgst LLC<br>Jw Equities LLC<br>Po Box 20418<br>Atlanta, GA 30325 | Justin Ross<br>9903 Santa Monica Blvd. #135<br>Beverly Hills, CA 90212 |
| Reservation Telephone Cooperative (Rtc)<br>Po Box 68<br>Parshall, ND 58770 | North Star Logistics, LLC<br>1399 Franklin Blvd., Suite 300<br>Eugene, OR 97401 |
| J.W. Equities LLC, James E. Manley, Yardie LLC, Eig5, LLC<br>C/O James Manley<br>102 Greenwich Avenue<br>Greenwich, CT 06830 | R&R Oilfield Services<br>12218 302nd Ave<br>Mound City, SD 57646 |